1  Victoria Tenisha Shanae Dillihunt (Full Name)

2  dillihuntvictoria@yahoo.com (Email Address)

3  12035 S Broadway # K (Address Line 1)    Homeless this is old address

4  Los Angeles CA, 90061 (Address Line 2)

5  No Phone (Phone Number)

6  Plaintiff in Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT
9/3/24
CENTRAL DISTRICT OF CALIFORNIA
BY:  mz  DEPUTY

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  Victoria Tenisha Shanae Dillihunt ,    **Case No.:** 2:24-cv-07607-FMO-MAR

12  Plaintiff,    (To be supplied by the Clerk)

13  vs.    **Civil Rights Complaint Pursuant to**

14  Ram Building Remodeling Inc    **42 U.S.C. § 1983 (non-prisoners)**

15  Ram Construction (El Segundo)

16  Ram Construction (Irvine)    **Jury Trial Demanded:**  ☒Yes  ☐ No

17  Ram Construction (South Gate)

18  Defendant(s).

19

20  *(All paragraphs and pages must be numbered.)*

21  **I. JURISDICTION**

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25  **II. VENUE**

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because    The situation took

27  place in County of plaintiff's residence

28

*Form prepared by Public Counsel. © 2010, 2023 Public Counsel.  All rights reserved. Revised: October 2023*

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.    Plaintiff _____ Victoria Tenisha Shanae Dillihunt _____ resides at:

*(your full name)*

12035 S. Broadway #K

Los Angeles CA, 90061 .

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ Ram Building Remodeling Inc _____ works at

*(full name of Defendant)*

10423 Atlantic Ave, South Gate, CA 90280 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: _____

_____

5. Defendant _____ Ram Construction _____ works at

*(full name of Defendant)*

999 Pacific Coast Hwy suite 690, El Segundo, CA 90245 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____
.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ■ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____.  Defendant _____ Ram Construction _____ works at

*Insert ¶ #*                                            *(full name of Defendant)*

20 Executive Park Suite 250, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of

the  harades of wit  h  raft    :

Side Note: If I am struggling with finding names then I will put owner, sup-

er  isor, et    ust to referen  e a   eading title of a persons position

____.  Defendant _____ Ram Construction _____ works at

*Insert ¶ #*                                            *(full name of Defendant)*

10423 Atlantic Ave, South Gate, CA 90280 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of

the  harades of wit  h  raft    :

Side Note: If I am struggling with finding names then I will put owner, sup-

er  isor, et    ust to referen  e a   eading title of a persons position

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _____ **Ram Construction** _____ works at
2   *Insert ¶ #*                    *(full name of Defendant)*
     **4350 Executive Dr #100, San Diego, CA 92121** .
3   _____
    *(Defendant's place of work)*

4

5   Defendant's title or position is _____ **ceo** _____ .
                                *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7         ▣ individual capacity              ▣ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of

10  the  harades of wit  h  raft    :

11  Side Note: If I am struggling with finding names then I will put owner, sup-

12  er  isor, et   ust to referen  e a   eading title of a persons position

13

14

15

16  ___. Defendant _____ **Ram Building Remodeling Inc** _____ works at
17  *Insert ¶ #*                    *(full name of Defendant)*
18   **2410 Beverly Blvd, Los Angeles, CA 90057** .
     _____
                    *(Defendant's place of work)*

19

20  Defendant's title or position is _____ **ceo** _____ .
                                *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24        ▣ individual capacity              ▣ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the  harades of wit  h  raft    :

27  Side Note: If I am struggling with finding names then I will put owner, sup-

28  er  isor, et   ust to referen  e a   eading title of a persons position

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Ram Construction SD _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____ 410 Witherspoon Way, El Cajon, CA 92020 _____.
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☰ individual capacity                    ☰ official capacity

This Defendant was acting under color of law because defendant is a part of the harades of wit h raft :

Side Note: If I am struggling with finding names then I will put owner, sup-er isor, et ust to referen e a eading title of a persons position

___. Defendant _____ Ram Development & Construction Co _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____ 73816 Dinah Shore Dr, Palm Desert, CA 92211 _____.
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☰ individual capacity                    ☰ official capacity

This Defendant was acting under color of law because defendant is a part of the harades of wit h raft :

Side Note: If I am struggling with finding names then I will put owner, sup-er isor, et ust to referen e a eading title of a persons position

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant  ___RAM Construction Services of Michigan, Inc.___  works at

*Insert ¶ #*                          *(full name of Defendant)*

___13800 Eckles Rd, Livonia, MI 48150___.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of

the  harades of wit  h  raft     :___

Side Note: If I am struggling with finding names then I will put owner, sup-

er  isor, et   ust to referen  e a   eading title of a persons position

___.  Defendant  ___Ram - Z Construction Inc___  works at

*Insert ¶ #*                          *(full name of Defendant)*

___667 Cochran St, Simi Valley, CA 93065___.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of

the  harades of wit  h  raft     :___

Side Note: If I am struggling with finding names then I will put owner, sup-

er  isor, et   ust to referen  e a   eading title of a persons position

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ RAMMGC INC. _____ works at
*Insert ¶ #*                     *(full name of Defendant)*

_____ 15735 Garfield Ave #41, Paramount, CA 90723 _____.
                          *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

▤ individual capacity                    ▤ official capacity

This Defendant was acting under color of law because _defendant is a part of_
the harades of wit h raft    :

Side Note: If I am struggling with finding names then I will put owner, sup-
er isor, et ust to referen e a eading title of a persons position

___.  Defendant   New Commandment Missionary Baptist Church-NCMBC   works at
*Insert ¶ #*                     *(full name of Defendant)*

15548 Paramount Blvd, Paramount, CA 90723 .
                          *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

▤ individual capacity                    ▤ official capacity

This Defendant was acting under color of law because _defendant is a part of_
the harades of wit h raft    :

Side Note: If I am struggling with finding names then I will put owner, sup-
er isor, et ust to referen e a eading title of a persons position

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Congressional Record—Appendix, pp. A34-A35

**Current Communist Goals**

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.

*Robbery of Front Door* = Temple (Body) and kmp, Essence (Garden)
*using the Backdoor* = Perverting Sound, words, Sex, Senses, etc
*Result* = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1 . Genesis 3: 1-24 ① Now the serpent who was more subtile
than any beast of the field which the LORD God had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of the
garden: ③ But of the fruit of the tree which is in the midst
of the garden, God hath said, Ye shall not eat of it, neither

2 . shall ye touch it, lest ye die. ④ And the serpent said
unto the woman, Ye shall not surely die: ⑤ For God doth
know that the day ye eat thereof, then your eyes shall be
opened, and ye shall be as gods, knowing good and evil.
⑥ And when the woman saw that the tree was good for
food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise, she took of the fruit thereof,

3 . and did eat, and gave also unto her husband with
her; and he did eat. ⑦ And the eyes of them both were opened,
and they knew that they were naked; and they sewed fig
leaves together, and made themselves aprons. ⑧ And they heard
the voice of the LORD God walking in the garden in the cool
of the day: and Adam and his wife hid themselves from the
presence of the LORD God amongst the trees of the garden.
⑨ And the LORD God called unto Adam, and said unto him, Where
art thou? ⑩ And he said, I heard thy voice in the garden, and

i

Page Number

1  4 . I was afraid, because I was naked; and I hid myself.
2  Insert ¶ # [12] And he said, Who told thee that thou wast naked? Hast thou
3  eaten of the tree, whereof I commanded thee that thou
4  shouldest not eat? [13] And the man said, The woman whom thou
5  gavest to be with me, she gave me of the tree, and I did eat.
6  [13] And the LORD God said unto the woman, What is this that
7  thou hast done? And the woman said, The serpent beguiled
8  me, and I did eat. [14] And the LORD God said unto the serpent,
9
10  5 . Because thou hast done this, thou art cursed above all
11  Insert ¶ # cattle, and above every beast of the field; upon thy belly
12  shalt thou go, and dust shalt thou eat all the days of thy
13  life. [15] And I will put enmity between thee and the woman, and
14  between thy seed and her seed; it shall bruise thy head, and
15  thou shalt bruise his heel. [16] Unto the woman he said, I will
16  greatly multiply thy sorrow and thy conception; in sorrow
17  thou shalt bring forth children; and thy desire shall be
18
19  6 . to thy husband, and he shall rule over thee. [17] And
20  Insert ¶ # unto Adam he said, Because thou hast hearkened unto the
21  voice of thy wife, and hast eaten of the tree, of which I
22  commanded thee, saying, Thou shalt not eat of it: cursed is
23  the ground for thy sake; in sorrow shalt thou eat of it all the
24  days of thy life; [18] Thorns also and thistles shall it bring forth
25  to thee; and thou shalt eat the herb of the field; [19] In the sweat
26  of thy face shalt thou eat bread, till thou return unto the ground;
27  for out of it wast thou taken: for dust thou art, and unto dust shalt t
28

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  7 . the return (20) And Adam called his wifes name Eve; because
   Insert ¶ #

2  she was the mother of all living. (21) Unto Adam also and to

3  his wife did the LORD God make coats of skins, and clothed

4  them. (22) And the LORD God said, Behold, the man is become

5  as one of us, to know good and evil: and now, lest he

6  put forth his hand, and take also of the tree of life, and

7  eat, and live for ever. (23) Therefore the LORD God sent him forth

8  from the garden of Eden, to till the ground from whence he was taken.

9

10  8 . (24) So he drove out the man; and he placed at the east of the
   Insert ¶ #

11  garden of Eden Cherubim, and a flaming sword which turned

12  every way, to keep the way of the tree of life. Genesis 4:1-26

13  (Cain and Abel) (1) And Adam knew Eve his wife; and she conceived,

14  and bare Cain, and said, I have gotten a man from the LORD.

15  (2) And she again bare his brother Abel. And Abel was a keeper of

16  sheep, but Cain was a tiller of the ground. (3) And in process of

17  time it came to pass, that Cain brought of the fruit of the

18

19  9 . ground an offering unto the LORD. (4) And Abel, he also
   Insert ¶ #

20  brought of the firstlings of his flock and of the fat thereof.

21  And the LORD had respect unto Abel and to his offering: (5) But

22  unto Cain and to his offering he had not respect. And Cain

23  was very wroth, and his countenance fell. (6) And the LORD

24  said unto Cain, Why art thou wroth? and why is thy countenance

25  fallen? (7) If thou doest well, shalt thou not be accepted? and

26  if thou doest not well, sin lieth at the door. And unto thee shall

27  be his desire, and thou shalt rule over him. (8) And Cain talked

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

10 . with Abel his brother: and it came to pass, when they
Insert ¶ #
were in the field, that Cain rose up against Abel his brother,
and slew him. And the LORD said unto Cain, Where is Abel
thy brother? And he said, I know not: Am I my brothers
keeper? And he said What hast thou done? the voice of
thy brother's blood crieth unto me from the ground. And
now art thou cursed from the earth, which hath opened her
mouth to receive thy brother's blood from thy hand. When

11 . thou tillest the ground, it shall not henceforth yield unto
Insert ¶ #
thee her strength; a fugitive and a vagabond shalt thou be
in the earth. And Cain said unto the LORD, My punishment
is greater than I can bear. Behold, thou hast driven me
out this day from the face of the earth; and from thy
face shall I be hid; and I shall be a fugitive and a
vagabond in the earth; and it shall come to pass, that
every one that findeth me shall slay me. And the

12 . LORD said unto him, Therefore whosoever slayeth Cain,
Insert ¶ #
vengeance shall be taken on him sevenfold. And the LORD
set a mark upon Cain, lest any finding him should kill him.
And Cain went out from the presence of the LORD, and
dwelt in the land of Nod, on the east of Eden. And
Cain knew his wife; and she bare Enoch: and he builded
a city, and called the name of the city, after the
name of his son, Enoch. And unto Enoch was
born Irad: and Irad begat Mehujael: and Mehujael

4

1  13 . begat Methusael: and Methusael begat Lamech.
Insert ¶ #
2  (19) And Lamech took unto him two wives: the name.
3  of the one was Adah, and the name of the other
4  Zillah. (19) And Adah bare Jabal: He was the father
5  of such as dwell in tents, and such as have cattle
6  (20) And his brother's name was Jubal: he was the father
7  of all such as handle the harp and organ. (21) And Zillah,
8  she also bare Tubal-cain, an instructor of every
9

10  14 . artificer in brass and iron: and the sister of
Insert ¶ #
11  Tubal-cain was Naamah. (23) And Lamech said unto
12  his wives, Adah and Zillah, hear my voice; ye
13  wives of Lamech, hearken unto my speech: for
14  I have slain a man to my wounding, and a young
15  man to my hurt. (24) If Cain shall be avenged seven-
16  fold, truly Lamech seventy and sevenfold. (25) And
17  Adam knew his wife again; and she bare a son,
18

19  15 . and called his name Seth: For God, said she, hath
Insert ¶ #
20  appointed me another seed instead of Abel, who Cain
21  slew. (26) And to Seth, to him also there was born a
22  son; and he called his name Enos: then began men
23  to call upon the name of the LORD.
24  *** Now I will break down Genesis 3 and 4 to show
25  you the role play that has been taken place like a movie
26  being directed, organized, and filmed by individuals
27  whose main purposes were to deceive, mislead, and
28

16. indoctrinate the minds of humanity while attempting to steal, kill, and destroy the TRUE REMNANT OF GOD'S CHOSEN ONES without leaving a trace of evidence that will point out who is who, who did what, and what methods were used as weapons of warfare ✱✱✱ Let's start with the story of Adam and Eve being the Kings and Queens of Royalty in Europe. Then the serpent being the spirit of perversion starting with

17. Incest in the Royal Bloodlines in order to keep the kingdom locked down. According to the Wikipedia "List of Coupled Cousins" the "Royalty in Europe" had 215 Kingdoms in Europe that reigned under the Spirit of Perversion because of Incest ✱ Mind you, Perversion only truly means a twisted truth ✱ Let's start with ① Nero Claudius Drusus born October 7 c. 14 BC in Rome, Italy. He also went by the name Drusus Julius Caesar

18. and he married his paternal cousin Claudia Livia in AD 4 which was the same year her first husband Gaius Caesar died. To bring my statement convient! to modern times, ② Queen Victoria of the United Kingdom of Great Britain and Ireland from June 20, 1837 until her death in 1901 who was also granted the title the Empress of India in 1876 married her cousin Prince Albert of Saxe-Coburg and Gotha stemming from the Royal German Bloodline. Now between both

1  19 . Drusus Julius Caesar and Queen Victoria of Great
Insert ¶ #
2  Britain and Ireland there were 213 other kingdoms that
3  reigned under Perversion which sums up to a total of
4  215 Kingdoms. Out of the perversion seed of incest
5  Queen Victoria's eldest son Edward VII was the first
6  Saxe-Coburg-Gotha monarch who ascended to the House of Nothn(German)
7  throne on Jan. 22,1901. When you look at Prince Albert's incest
8  with Queen Victoria you can see the serpent of sexual perversion.
9

10  20 . However, the serpent appears to reflect itself in multiple
Insert ¶ #
11  fashions in this situation. For instance, Prince Albert and
12  Queen Victoria are not just cousins but they are husband
13  and wife; however she has the label Queen and he has
14  the label Prince right there is two other types of perversion
15  hidden ① Husband + Wife = King + Queen not Queen + Prince
16  which equals Mother and Son ② Queen + Prince in this case
17  equals Wife + Husband which means the Queen is King =
18

19  21 . Dionysus/Transgender (based on role) + Prince is Husband
Insert ¶ #
20  which reveals the Serpent from Adam and Eves Fall because
21  when they fell she became King in the serpents Kingdom.
22  So this proves that the Europeans are the twisted TRUTH (Fallen State)
23  of my original essence that's why they've caused so much
24  damage yet dark skinned/brown skinned people have payed
25  the price. This also explains the movie "The Great Gay
26  Road" and the blackmail of America & Christianity/Jews.
27  If you look at Prince Albert and Queen Victoria
28

7

Page Number

22. as Adam and Eve then their oldest son Edward VII would
*Insert ¶ #*
represent Cain and by him being the first Saxe-Coburg-Gotha
monarch to ascend to the throne on Jan 22, 1901 that
means Saxe-Coburg-Gotha would represent the land of
Nod that Edward VII, playing as Cain would build while
on the throne. Mind you that Cain was born of the serpent
seed in Genesis then he killed Abel and God placed
a mark on him so nobody would kill him (paraphrasing (GENESIS 4)

23. Edward VII had a son named George V who was King of
*Insert ¶ #*
United Kingdom, British Dominions, and Emperor of India from
1910-1936. George V had a son named Albert Frederick
Arthur George (Prince Albert of York) then became King George VI
of United Kingdom, Dominions, and of the British Commonwealth
who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
Now watch what happened under King George VI reign and
also what occurred afterwards. In 1939, King George VI,

24. his British Empire, and most *of* Commonwealth countries (except
*Insert ¶ #*
Ireland) declared war on Nazi Germany (for whatever reason
they proclaimed pertaining to Poland) however during WWII
between 1941 and 1945 Nazi Germany while under Hitler's
rule killed around 6 million Jews using genocide (the
Holocaust) as it's tool of weaponry. There were also approximately
5 million prisoners of war murdered as well. However, my
key point is that the Jews were tortured in a war that
wasn't even about them. This is similar to how Cain

25 . Killed Abel without cause. Now, let me rewind back
*Insert ¶ #*
to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1859 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Uber eine neve organische Base in de Cocablättern meaning On a

26 . New Organic Base in the Coca Leaves. His paper talks about
*Insert ¶ #*
how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greeks word "Kristallos" meaning both
ice" and "rock crystal". ✳Right, here shows that in this perverted
role play of Adam and Eve, being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Niemann out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27 . sell in the streets which is a form of genocide against themselves &
*Insert ¶ #*
their own kind which is streets so just like the Hebrew
said "Face Street, Face Down". Then coke was given to prisons
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have unknowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

28 . of Nazareth by drugs as others profited off of the
Insert ¶ #
proceeds of the broken and downtrodden. This is
another way they attempted to discredit the Authenticity
of Jesus's life while robbing his church in order to
build more Cains to kill Abel. I explained drugs as
a backdoor tactic because under the Queens reign;
Queen Victoria's oldest son represents Cain in the
world especially after being the first to ascend to

29 . to the throne as Edward VII the King of Saxe-
Insert ¶ #
Coburg and Gotha (House of Wettin) from the Royal
German Bloodline. ✳✳ Moving back forward to her
great great grandson Albert Frederick Arthur George (originally
Prince Albert of York) who became King George VI of the
United Kingdom, Dominions, and British Commonwealth
and his wife Queen Elizabeth The Queen Mother. Albert
aka King George VI symbolizes Cain under the name Albert

30 . because he was named after his great-great Grandfather
Insert ¶ #
Prince Albert (Queen Victoria's Husband) however this is according
to kingdom (front door). But when you look at him under the
role play of Adam; then even though he waged war on Nazi
Germany; Germany would be his son Cain because the
Nazi's killed the JEWS (Able). Now, after Adolf Hitler
completed the Holocaust against the Jews he turned around
and committed suicide (just like Judas hung himself after he
betrayed Jesus and sold him to the Romans to be Crucified).

10

Page Number

31 _____ . Now, another thing I would like to point out is
Insert ¶ #
that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses, etc)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.


32 _____ . He tried to get into the Academy of Fine Arts again yet they
Insert ¶ #
rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mens home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers


33 _____ . So his time in Vienna shaped Hitlers worldview. Hitler ended
Insert ¶ #
up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didn't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his frustrated art career that
became part of the myth-making by Hitler himself and by his

11

Civil Rights Complaint Pursuant to U.S.C. § 1983

34 . Followers that helped drive his fateful rise to power in
Insert ¶ #
Germany. Hitler railed against modern art, calling it the
"degenerate" product of Jews and Bolsheviks and a threat
to the German national identity. In 1937, the Nazis rounded
up some 16,000 works of this type from German museums
and put hundreds of them on display in Munich. The exhibition
intended to heap scorn on the artist ended up being attended
by 2 million people. Looking at Hitlers' military time let's talk about

35 . drugs. The use of Methamphetamine, better known as crystal
Insert ¶ #
meth, was a pill form of the drug called Pervitin and it was
distributed by the millions to the Nazi Troops before their successful
invasion of France in 1940. Developed by the Temmler pharmaceutical
company, based in Berlin, Pervitin was introduced in 1938 and
marketed as a magic pill for alertness and an anti-depressant.
A military doctor experimented on 90 college students and
decided based on the results the drug would help Germany win

36 . the war. Other allied soldiers used amphetamines (speed)
Insert ¶ #
in the form of Benzedrine in order to battle combat and fatigue.
Others used anesthetics, like Goring whose nickname was
actually Morning from morphine. Meth was Pervitin until a
Japanese chemist, Nagai Nagayoshi first synthesized meth in
1893. In 1919 a younger protégé of Nagai named Akira
Ogata discovered another method of synthesizing the
crystalline form creating a new stimulant called
crystal meth. ** Drugs have been used as weapons

1  37. of Warfare, blackmail, human trafficking, etc in
   *Insert ¶ #*
2  the USA however Americans have paid the price. For
3  systematic corruption and sorcery strategically organized
4  in Europe. *** The next perverted role play of Adam
5  and Eve resembles Prince Philip (The Duke of Edinburgh)
6  and Queen Elizabeth II. Their marriage resembles that of
7  Queen Victoria when it comes to Philip being Prince and
8  Elizabeth II being Queen. Also, Prince Philip and Queen

10 38. Elizabeth were third cousins so they're marriage is
   *Insert ¶ #*
11 another reflection of incest. Philip was also Prince of
12 Greece and Denmark which would represent the Greek
13 religion of the Twelve Olympians starting with Zeus, the
14 King of gods, who was married to his sister Hera. The
15 other eleven Olympians were Ares, Poseidon, Athena, Demeter,
16 Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
17 Hephaestus, Hermes, and Hestia (the goddess of the hearth)

19 39. and sacred Flame, which was more likely the most
   *Insert ¶ #*
20 prayed to of all gods. * Apart from these gods, the Greek pan-
21 theon was filled with dozens of other gods, demigods, and mortal
22 and immortal beings which varied by local and over the
23 evolution of Greek culture. A variety of other mystical
24 beliefs and nature spirits such as nymphs and other magical
25 creatures were foundational to the ancient Greek understanding
26 of the world around them. Now, Elizabeth II was Queen/King
27 of the United Kingdom and other Commonwealth realms.

13
Page Number

40. Their religion is known to be protestant for the
*Insert ¶* United Kingdom and Commonwealth. However protestant
is just a breakoff of Roman Catholics because the Roman
Catholic church split into 3 categories under christianity
which was Catholic, Eastern Orthodox, and Protestant.
But they do not represent the same belief patterns as
us because they're still governed by the Pope and their
sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising
*Insert ¶* and establishing His Kingdom. Well, under Queen Elizabeth II
reign, another form of genocide occurred. This plague or
genocide is called Covid-19. This plague killed many
people, isolated many people, and weakened humanity
within the realm of spirituality when it came to fellowship
in the temple which then turned into social religion (a
gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off
*Insert ¶* The Body of Christ by placing the True Believers of God in
a fallen state because the digital realm is created by
man and stems from space symbolizing the 2nd heaven
where the prince of darkness is when the Throne of
Jehovah Mekadesh (God our Holiness) is the third
Heaven). What this also did was attempt to mark the
Chosen Ones with the Mark of the Beast so that
Roman Catholic could pretend to be the woman

43. From Revelation 12 and The chosen ones would look like the Red Dragon in Revelation 12 *** Moving forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam & Eve. The sorcery and perverted truth behind Roman Catholics. Catholic is Adam and Eastern Orthodox (still Catholic) is Eve then The Roman Catholic Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)). Roman Catholics according to Roman in the Trinity format will sum up to Roman Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the Spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is _____

45. Modern Day IRAN (Media is a region of North-Western Iran, Known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a country in Southeast Europe Symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN = Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the kingdom by demonizing everybody using deceptive strategies to deceive the people and indirectly marking them with the beast.

Civil Rights Complaint Pursuant to U.S.C. § 1983

46③. Let's now explain Adam & Eve according to
Rome & Germany whiched birthed out The Holy
Roman Empire. On December 25 800, Pope Leo III
crowned Frankish King Charlemagne as Roman Emperor
reviving the title in Western Europe. After the fall of the
ancient Western Roman Empire in 476 it fell in 924 then
was revived again in 962 until the 12th century as the most
powerful monarch in Europe. In 1262 Ottone I Visconti

47 : was elected as archbishop of Milan, Italy which
earned him one of the Holy Roman Seats in Italy
after he conquered Milan from their rival Della
Torre Family in 1277. The Visconti of Milan are a
noble Italian Family. Their motto is; "I will not violate
the customs of the Serpent." The Visconti was called
LORD of Milan (from 1277-1395) and the Duke of Milan
(from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes.
Vice "Deputy" + Comes "Count". ✳ This is the backdoor
way of how they Marked MY partner due to his gang
in Chicago named "Vicelords" which is a bloodgang.
Then I can break down ViceComes into Victorious
Ice (Crystal Meth) LORD and Comes into N4t(Seal) Count representing
the 12 tribes of Israel. Ironically, the headquarters
of the, Nation of Islam (false 12 tribes) is located
in Chicago, Illinois as well. So this explains how
& for America.

49. they have marked my lover as the red dragon and as the Crystal Meth drug Lord when he doesn't even sell drugs but now I see why every time I was with him intimately then I wanted to smoke after I left. Now, we all know that Meth was in pill form first called Pervitin during Hitler's reign in Germany Nazi Military, then a German chemist synthesized meth, and a japanese

50. chemist crystallized meth into rock form. So this explains a lot about Europe's Kingdom and their demonic Church (to be continued). Moving forward, In 1356 the golden bull was created without the pope (Pope Innocent VI) involvement but he did not oppose it either because he need the King to aid him with his enemy Visconti. By not opposing it made this pope just as guilty as the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert the Magnanimous KG was elected King of the Romans as Albert II. He also was king of the Holy Roman Empire, and a member of the House of Habsburg (House of Austria). KG stands for The Most Noble Order of the Garter. It's an order of chivalry (order of knights typically founded during the original Catholic military orders of Crusades (c. 1099-1291)) and paired with medieval concepts of ideals of chivalry (code of conduct in Europe from 1170-1220), The Most Noble Order

52. Order of the Garter was founded by Edward III
Insert ¶ #
of England in 1348. It is the most senior order of
knighthood in the British honours system except for
the Victoria Cross and the George Cross. Back to King
Albert II his wifes name was Elizabeth of Luxembourg
who was queen consort of Germany and Bohemia.
The Bohemian language of the 19th century was the language Czech
of the Diet (Diet Assembly) is the general assembly of the

53. Imperial Estates of the Holy Roman Empire. Diet is
Insert ¶ #
also a designation for modern day legislative bodies of
certain countries and states such as the NATIONAL
Diet of Japan, or the German Bundestag the FEDERAL
Diet. ✱ It was two different german chemist that
did cocaine and amphetamine and it was a
japanese chemist who crystalized amphetamine and
created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs
Insert ¶ #
old and Albert who taught me how to smoke meth until @ 14 yrs old
I ended up pregnant with his daughter ✱ King Albert II
of Germany persecuted, had the Jews arrested, took their
belongings, etc. Before King Albert II of Germany became King
the Jews in the Austrian duchy had been subject to local
persecutions during the 13th and 14th century however their
position remained relatively safe. The Jewish communities
prospered in several towns like Krem or the area around

18
Page Number

55 : the Judenplate at Vienna. It was after the death
*Insert ¶ #* of Duke Albert III in 1404 that their situation worsened
sharply, culminating in the blaze of the Vienna synagogue
on Nov 5.1406, followed by riots and lootings. When
Albert V came of age in 1411 and interfered in the Hussite
Wars, he repeatedly established new taxes imposed on the
Jewish community to finance his campaigns. On the
other hand, after the Hussites had devastated the duchy,

56 : the Austrian Jews were accused of collaboration and
*Insert ¶ #* arms trade in favor of the enemies. The accusations
of a host desecration at Enns in 1420 gave Albert pretext
for the destruction of the Jewish community. According
to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
the duke order on May 23, 1920 the imprisonment and
forcible conversion of the Jews. Those who had not converted
or escaped was sent off in boats down the Danube River

57 : (just like they did Blacks) while wealthy Jews remained under
*Insert ¶ N* arrest, several of them tortured and stripped of their property.
March 12, 1421 Albert sentenced the remaining Jews to death.
Ninety-two men and 120 women were burned at the stake,
south of the Vienna city walls. The Jews were placed under
an eternal ban and their synagogue was demolished.
***As you can see the Jews have constantly been
robbed, imprisoned, persecuted, abused, accused, etc when
they've done no wrong only so the world empires could

Civil Rights Complaint Pursuant to U.S.C. § 1983

58    seized their prosperity. Which is a form of the devil
Insert ¶ #    blackmailing Gods people just to claim what isn't his
and so he could put his image and inscription on it
while pretending to be God or by using people to act
like they are the chosen ones so that he could steal
the worship and inheritance that God promised to his
people. This is also how he deceived the world and
caused everybody to believe in his lies. So what we are

59    seeing again today is the enemies using the same
Insert ¶ #    strategies to kill, steal, and destroy. However, they
attempt to cover up their evil with false accusations,
set ups, influential peddling, obstruction of justice,
deceptive policies, laws, international agreements,
contracts, systems, etc. Which is why the whole world
is in disillusionment behind treason, tyranny, and
deep systematic corruption. The serpent and his seeds

60 (kids) are trying to avoid exposure. by keeping the
Insert ¶ #    spotlight on fake news and by torturing the innocent.
This is the same behavior, issues, and circumstances that
we are seeing today behind theives & liars in high positions
that don't have the people who they are supposed to lead
good will at heart. Their agenda is selfish, they are
narcissist, and people want to see a real change
in life than All SELFISH AGENDA'S must be destroyed because
WE ARE THE PEOPLE and UNITY is better than division.
#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE

#JESUSCAMETOSETUSFREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MORE PRAYER, MORE POWER, LESS PRAYER, LESS POWER

Civil Rights Complaint Pursuant to U.S.C. § 1983

61. It was said that the Jewish were prosperus in the town of Krems which is in Austria. There's a wine region called Kremstal that lies on the south-eastern arc of the Waldviertel and the Dunkelsteiner Wald ridge, built up from hard crystalline rock, and opens out into the Alpine foothills towards the east, where uncohsolidated rock prevails. The Kremstal vineyards are divided into three distinct areas: Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the imposing Gottweig Abbey. ** Jews symbolize Gods chosen people, wine symbolizes Gods blessing for his people, and three symbolizes Father, Son, and Holy Ghost. Deuteronomy 7:6 For thou art a holy people unto the LORD thy God: the LORD thy God hath chosen thee to be a special people unto himself, above all people that are upon the face of the earth. Deuteronomy 7:12-13 Wherefore

63. it shall come to pass, if ye hearken to the judgements, and keep, and do them, that the LORD thy God shall keep unto thee the covenant and the mercy which he sware unto thy fathers: And he will love thee, and bless thee, and multiply thee: he will also bless the fruit of thy land, thy corn, and thy wine, and thy oil; the increase of thy kine, and the flocks of thy sheep, in the land which he sware unto thy fathers to give thee. Matthew 28:19 Go ye therefore, and teach all nations, baptizing them

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  64. in the name of the Father, and of the Son, and
Insert ¶ #
2  of the Holy Ghost. 1 John 5:7 - For there are three
3  that bear record in heaven, the Father, the Word,
4  and the Holy Ghost: and these three are one.
5  ✳ As you see in Matthew 28:19 and 1 John 5:7
6  Jesus is the fulfilment of the Word of His Father
7  which makes Jesus spirit the Holy Ghost which
8  is the spirit of Prophecy (past, present, and future).
9

10  65.  ✳✳✳ Returning to Rome & Germany, I'd like to bring
Insert ¶ #
11  up the Italian Social Republic also known as the Republic
12  of Salò. It was considered a Nazi-German puppet state
13  with little diplomatic recognition until World War I, which
14  existed from the beginning of the German occupation of
15  Italy in September 1943 until the surrender of German
16  troops in Italy in May 1945. The German occupation
17  triggered widespread national resistance against it and
18

19  66. the Italian Republic leading to the Italian Civil War.
Insert ¶ #
20  Most of the 8,000 Italian Jews who died in the Holocaust
21  were killed during the 20 months of the Salò (Italian
22  Social Republic) regime. ✳ It seems as if Italy (whether Rome
23  or Vatican), Britian Kingdom, and Germany (whether Holy Roman
24  Empire of Germany or Nazi) always seem to be socializing or
25  pretending" to be at war when Jews get killed and their stuff
26  gets seized. The common denominator is Roman Catholic
27  and Britain who stands by and watch however he is the

67. King over the kingdoms. This is organized Crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate. which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergarten music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaptation The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalization of the German Film industry began with the founding of Universum Film AG (UFA) which was partly a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild und Filmamt (BUFA) by Germany's Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first Film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

1  70 . to this day. From 1933-1937 UFA experienced a new
2  Insert ¶#  commercial boom in the Nazi era(Nazification); not least
3  due to the government's protectionist measures, which freed
4  UFA from bothersome competition. On top of occupying
5  almost all of Europe, the Nazi regime provided UFA
6  newsales markets, as well as placing distribution outlets
7  in such "neutral" countries as the United States. By 1938,
8  after taking over foreign film production facilities in France,
9

10  71. Belgium, and other countries, one third of the company's
11  Insert ¶#  sales came from abroad. UFA's economic boom made it
12  possible to further expand the so-called "star system", which
13  had already been developed in the silent film era. In an
14  act of anticipatory obedience to the Nazi regime, UFA
15  management fired several Jewish employees. In the
16  summer of 1933, the Nazi regime created the Film
17  Chamber of the Reich, which adopted regulations officially
18

19  72. excluding Jewish filmakers from all German studios.
20  Insert ¶#  ✳ Even in the film industry the wicked tried to get rid
21  of the Jews without probable cause however if they were
22  so dedicated to separating themselves from Gods people
23  then the people have to give back everything they stole
24  from Gods people so the separation can TRULY happen. (End)
25  ✳✳ Next topic under Roman Empire and Germany that
26  equates to Roman Catholics in the form of Adam
27  & Eve's story being twisted is the German Monk Martin
28

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that
*Insert ¶ #*
birthed out the 95 Theses which is the Disputation on the
Power of Indulgences (Cain) that cause The Protestant
Reformation (Abel) which they have been indirectly
working together to destroy God's people while stealing
from the people (Cain's excuse to kill Abel). But not only
that, they have intentionally worked to stop the
rise of JESUS kingdom from coming forth while

74. acting like they were for us when they both were
*Insert ¶ #*
plotting on destroying us by sorcery, systems of debt, perversion
war, media, etc. Prime example of their deception
using words is the word NUN. The definition of NUN is:
① A female who lives in a monastery or convent who chose
to devote her life to prayer, service, & charitable work.
② A nun is also a male Monk ③ many religions including
Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use
*Insert ¶ #*
social media, or smartphones. ② They can't own property
or engage in sexual relationships. ③ Nuns are expected to
renounce their inheritance and property rights. ④ Nuns
have their own room which is called a CELL. ✱ NOW HERE'S
the deception of definitions 1, 2, & 3 behind the word nun:
Ⓐ In the form of Adam & Eve's story being perverted is a female
nun (Eve) + a male monk (Adam) = Dionysus because he
was born a male and changed into a female (transgender).

✱ Monk = Zues + female nun = Semele ✱                    (Cain)

(parents of Dionysus in
the Greek religion    Page Number  ( 25 )
                      Civil Rights Complaint Pursuant to U.S.C. § 1983
Father + Mother = God
The way some catholics pray saying
father/mother God ...

76. ⓐ A female nun = Roman Catholic + A male monk (nun) = Holy Roman Empire of Germany equals (=) Budchism (China, Russia, Nepal, India, North/South Korea, Japan, Laos, Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam, Singapore, etc! ✳ This is how they tried to play us using words, religion, money, power, etc. This is organized theft because the church is supposed to be representing Jesus not all these other people

77. Gods that the Roman Catholic Church and Britain Empire is not making anybody aware of... Buddhist is a representation of the god of wealth thats another reason why gambling has been being promoted worldwide with online casinos, sports bets, lotto, etc. The name "bet" is derived from the West Semitic word for "house" which means the casinos represent the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without any knowledge of it. So as you can see, people have been living in the world under the deception of the enemy. He has used Religion as his driving force because it was by him twisting Gods word that caused Eve and Adam to fall. Basically, thats what we see happening in today's situation because the religions that are in on this scandal are all twisted words from the original and the twist was done in attempt

26

Page Number

1  79 : to steal, kill, and destroy. John 10:1-16 [1] Verily,
2  verily, I say unto you, He that entereth not by the
3  door into the sheepfold, but climbeth up some
4  other way, the same is a thief and a robber.
5  [2] But he that entereth in by the door is the shepherd of
6  the sheep. [3] To him the porter openeth, and the sheep
7  hear his voice: and he calleth his own sheep by
8  name, and leadeth them out. [4] And when he putteth

10  80 : forth his own sheep, he goeth before them, and
11  the sheep follow him: for they know his voice.
12  [5] And a stranger will they not follow, but will flee
13  from him: for they know not the voice of strangers.
14  [6] This parable spake Jesus unto them: but they
15  understood not what things they were, which he
16  spake unto them. [7] Then said Jesus unto them again,
17  Verily, verily, I say unto you, I am the door of the
18

19  81 : sheep. [8] All that ever came before me are thieves
20  and robbers: but the sheep did not hear them. [9] I
21  am the door: by me if any man enter in, he shall be
22  saved, and shall go in and out, and find pasture.
23  [10] The thief cometh not, but for to steal, and to kill,
24  and to destroy: I am come that they might have life,
25  and that they might have it more abundantly. [11] I am
26  the good shepherd: the good shepherd giveth his life for
27  the sheep. [12] But he that is a hireling, and not the

Civil Rights Complaint Pursuant to U.S.C. § 1983

82. shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep, and fleeth: and the wolf catcheth them, and scatterth the sheep. (13) The hireling fleeth, because he is a hireling, and careth not for the sheep. (14) I am the good shepherd, and know my sheep, and am known of mine (15) As the Father knoweth me, even so know I the Father: and I lay down my

83. life for the sheep. (16) And other sheep I have, which are not of this fold: them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd. © Catholicism (Eve) + Roman Empire (old Babylon) (Greece being Adam) = Buddhism (cain) attempting to kill Christianity (Abel) how is this provedble because they had to use witchcraft in the form of music, media, drugs, clothes, religion,

84. eto to war with the King of Kings and Lord of Lords. Then they used Greece/Greek gods to ensnare Seth which was Eves third son so that Enos couldn't be produced so they thought. But on top of that because of their perverse thinking, Enos who brought back the praise of the Lord, has been. worded in the form of anus which symbolize the backdoor entrance to the temple (body) and it was through Seth descendants that Noah came. then through

1  85 . one of Noah's sons' which he had 3 named
2  Shem, Ham, and Japheth. However, it was
3  through Shem that Gods Son Jesus Christ of
4  Nazareth was brought into this world ✳ Now
5  here's a breakdown explaination of the few things
6  about Nuns: ① NUNS can't marry, use social media, or
7  smartphones however the Britain Kingdom and their
8  serpent seeds created the internet so that America
9
10  86 . could be distracted by the Harlots system as
11  they attempted to paint us as Babylon and as they
12  attempted to stop the marriage of the Lamb and
13  His Bride (the REAL CHURCH). ② They can't own property
14  or engage in sexual relationships however their system
15  has Americans worshipping fornication so that
16  they could lock us down and conquer our inheritance,
17  property, and families. ③ Nuns are expected to renance
18
19  87. their inheritance and property rights however
20  in America they used the system to obtain those rights
21  from us just like Jacob had Esau hand over his
22  birth right because Esau was hungry. If Jacob
23  really cared for his brother then he would have
24  fed Esau without asking for anything in return.
25  This is what China was used to do to America.
26  Also, remember Rebecca had Jacob trick Issac
27  into putting Esau's blessing on Jacob. Well, that's
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

88. what they had China use communism to help
Insert ¶ #
pervert America so that the Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the Kingdom while
attempting to act like they didn't have anything
to do with the whole situation. However, truth
be told the Church belongs in Jerusalem but
the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage
Insert ¶ #
couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90. like the son who would rule with an Iron
Insert ¶ #
Fist pertaining to the Drug game. IF they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - (22) And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

91 . in thee; and the sound of a millstone shall be
*Insert ¶ #*
heard no more, at all in thee, (23) And the light
of a candle, shall shine no more, at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more, at all in thee:
for thy merchants were the great men of the
earth; for by thy sorceries were, All nations
deceived. (24) And in her was found the blood

92 . of prophets, and of saints, and of all
*Insert ¶ #*
that were slain upon the earth. Revelation 19:6-10
(6) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Alleluia: for the LORD God omnipotent reigneth.
(7) Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready. (8) And to
*Insert ¶ #*
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (9) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. (10) And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  0171. fellow servant, and of thy brethren that have the
2  *Insert ¶ #*
3  testimony of Jesus: Worship God: For the testimony
4  of Jesus is the spirit of prophecy. ※※※※ See, God
5  is more advanced than humanity because He knew
6  in advance that there were going to be people fighting
7  against His return, he knew people were going to
8  pretend to be Him and/or pretend to be His Bride
9  Jesus Christ of Nazareth knows the hearts of all

10  95. of humanity before it came down to the enemy
11  *Insert ¶ #*
12  attempting to deceive the Elect (chosen ones of God).
13  However, due to there not being anything knew under
14  the sun, all the enemy did was confirm how real
15  the Word of God is and how badly we need our
16  savior Jesus Christ of Nazareth. The Story about
17  Babylon speaks about Mystery Babylon and
18  the beast. The Mystery about Babylon has to

19  96. do with the sorceries that she uses against the
20  *Insert ¶ #*
21  people and the beast that carries her which goes
22  back to the Roman Empire. Her sorceries is so
23  great that it causes all the kings and their
24  armies to make war with the Lamb but not
25  only that, the enemy knows that his time
26  is short however he still tries his best to stop
27  the Son of God from returning and even then the
28  enemy already knows he lost the battle a long time ago
So the enemy is basically just putting on a show.

WICKEDNESS OF MANKIND

1 | 97 Genesis 6:1-22  Wickedness of Mankind
2 | Insert ¶ #
① And it came to pass, when men began to multiply
3 | on the face of the earth, and daughters were
4 | born unto them. ② That the sons of God saw the
5 | daughters of men-that they were fair, and they
6 | took them wives of all which they chose. ③ And the
7 | LORD said, My spirit shall not always strive with
8 | man, for that he also is flesh: yet his days shall
9 |

10 | 98 be a hundred and twenty years. ④ There were
11 | Insert ¶ #
giants in the earth in those days; and also after
12 | that, when the sons of God came in unto the daughters
13 | of men, and they bare children to them, the same became
14 | mighty men which were of old, men of renown. ....
15 | ⑤ And God saw that the wickedness of man was
16 | great in the earth, and that every imagination
17 | of the thoughts of his heart was only evil
18 |

19 | 99. continually. ⑥ And it repented the LORD that he
20 | Insert ¶ #
had made man on the earth, and it grieved him
21 | at his heart. ⑦ And the LORD said, I will destroy
22 | man whom I have created from the face of the
23 | earth; both man, and beast, and the creeping
24 | thing, and the fowls of the air; for it repenteth
25 | me that I have made them. ⑧ But Noah found
26 | grace in the eyes of the LORD. ⑨ These are
27 | the generations of Noah. Noah was a just man
28 |

33

Page Number

1  100 and perfect in his generations, and Noah
2  walked with God. ② And Noah begat three
3  sons, Shem, Ham, and Japheth. ③ The earth
4  also was corrupt before God, and the earth
5  was filled with violence. ⑫ And God looked upon
6  the earth, and, behold, it was corrupt; for all
7  flesh had corrupted his way upon the earth.
8  ⑬ And God said unto Noah, The end of all flesh

10  101 is come before me; for the earth is filled with
11  violence through them; and behold, I will destroy
12  them with the earth. ⑭ Make thee an ark of
13  gopher wood; rooms shalt thou make in the
14  ark, and shalt pitch it within and without
15  with pitch. ⑮ And this is the fashion which
16  thou shalt make it of. The length of the ark
17  shall be three hundred cubits, and the height

19  102 of it thirty cubits. ⑯ A window shalt thou
20  make to the ark, and in a cubit shalt thou finish
21  it above; and the door of the ark shalt thou
22  set in the side thereof; with lower, second, and
23  third stories shalt thou make it. ⑰ And, behold,
24  I, even I, do bring a flood of waters upon the
25  earth, to destroy all flesh, wherein is the breath
26  of life, from under heaven; and every thing that
27  is in the earth shall die. ⑱ But with thee will

34

Page Number

NOAH ENTERS THE ARK (GENESIS 7)

103 . I establish my covenant; and thou shalt come into the
*Insert ¶ #*
ark, thou, and thy sons, and thy wife, and thy sons
wives with thee. (19)And of every living thing of all flesh,
two of every sort shalt thou bring into the ark, to
keep them alive with thee; they shall be male and
female. (20) Of fowls after their kind, and of cattle
after their kind, of every creeping thing of the earth
after his kind, two of every sort shall come unto thee,

104 to keep them alive. (21)And take thou unto thee of
*Insert ¶ #*
all food that is eaten, and thou shalt gather it to
thee; and it shall be for food for thee, and for them.
(22)Thus did Noah; according to all that God commanded
him, so did he. Genesis 7:1-24° And the LORD said unto
Noah, Come thou and all thy house into the ark; for thee
have I seen righteous before me in this generation.
(2)Of every clean beast thou shalt take to thee by

105 Sevens, the male and his female; and of beasts
*Insert ¶ #*
that are not clean by two, the male and his female.
(3)Of fowls also of the air by Sevens, the male and female,
to keep seed alive upon the face of all the earth.(4)For
yet seven days, and I will cause it to rain upon the earth,
forty days and forty nights; and every living substance that
I have made will I destroy from off the face of the earth.
(5)And Noah did according unto all that the LORD commanded
him.(6)And Noah was six hundred years old when the flood

35
Page Number

1  loe .of waters was upon the earth. ⑦ And Noah went in, and his

*Insert ¶ #*

2  sons, and his wife, and his sons wives with him, into the ark,

3  because of the waters of the flood. ⑧ Of clean beasts, and of beasts

4  that are not clean, and of fowls, and of every thing that creepeth

5  upon the earth. ⑨ There went in two and two unto Noah into the

6  ark, the male and the female, as God had commanded Noah.

7  ⑩ And it came to pass after seven days, that the waters of the

8  flood were upon the earth. ⑪ In the six hundredth year of Noah's

9

10  107. life, in the second month, the seventeenth day of the month, the

*Insert ¶ #*

11  same day were all the fountains of the great deep broken up, and

12  the windows of heaven were opened. ⑫ And the rain was upon the

13  earth forty days and forty nights. ⑬ In the selfsame day entered

14  Noah, and Shem, and Ham, and Japheth, the sons of Noah, and

15  Noah's wife, and the three wives of his sons with them, into

16  the ark: ⑭ They and every beast after his kind, and all the

17  cattle after their kind, and every creeping thing that creepeth

18

19  108. upon the earth after his kind, and every fowl after his kind,

*Insert ¶ #*

20

21  every bird of every sort. ⑮ And they went into unto Noah into the

22  ark, two and two of all flesh, wherein is the breath of life. ⑯ And

23  they that went in, went in male and female of all flesh, as God

24  had commanded him: and the LORD shut him in. ⑰ And the flood

25  was forty days upon the earth; and the waters increased, and bare

26  up the ark, and it was lift up above the earth. ⑱ And the waters

27  prevailed, and were increased greatly upon the earth; and the

28  ark went upon the face of the waters. ⑲ And the waters prevailed

THE WATERS PRECEDE GENESIS

1  109 . exceedingly upon the earth; and all the high hills, that
   Insert ¶ #
2  were under the whole heaven, were covered. [20] Fifteen cubits
3  upward did the waters prevail; and the mountains were
4  covered. [21] All flesh died that moved upon the earth, both
5  of fowl, and of cattle, and of beast, and of every creeping
6  thing that creepeth upon the earth, and every man; [22] All
7  in whose nostrils was the breath of life, of all that was
8  in the dry land, died. [23] And every living substance was

10  110 destroyed which was upon the face of the ground, both
    Insert ¶ #
11  man, and cattle, and the creeping things, and the fowl of
12  the heaven; and they were destroyed from the earth:
13  and Noah only remained alive, and they that were with
14  him in the ark. [24] And the waters prevailed upon the
15  earth a hundred and fifty days. Genesis 8:1-29 [1] And
16  God remembered NOAH, and every living thing, and all the cattle
17  that was with him in the ark: and God made a wind to pass

19  111 over the earth, and the waters assuaged. [2] The fountains
    Insert ¶ #
20  also of the deep and the windows of heaven were stopped, and
21  the rain from heaven was restrained. [3] And the waters returned
22  from off the earth continually: and after the end of the hundred
23  and fifty days the waters were abated. [4] And the ark rested
24  in the seventh month, on the seventeenth day of the month,
25  upon the mountains of Ararat. [5] And the waters decreased
26  continually until the tenth month: in the tenth month, on
27  the first day of the month, were the tops of the mountains

37

Page Number

112 . Seen. And it came to pass at the end of forty days,
Insert ¶ 8
that Noah opened the window of the ark which he had made:
And he sent forth a raven, which went forth to and fro,
until the waters were dried up from off the earth Also
he sent forth a dove from him, to see if the waters
were abated from off the face of the ground: But
the dove found no rest for the sole of her foot, and
she returned unto him into the ark, for the waters

113 . were on the face of the whole earth: then he
Insert ¶ 8
put forth his hand, and took her, and pulled her
in unto him into the ark. And he stayed yet other
seven days; and again he sent forth the dove out
of the ark, And the dove came in to him in the
evening: and, lo, in her mouth was an olive leaf plucked
off: so Noah knew that the waters were abated from
off the earth. And he stayed yet other seven days;

114 and sent forth the dove; which returned not again
Insert ¶ 8
unto him any more. And it came to pass in the
six hundredth and first year, in the first month,
the first day of the month, the waters were dried
up from off the earth: and Noah removed the covering
of the ark, and looked, and, behold, the face of
the ground was dry. And in the second, on the
seven and twentieth day of the month, was the
earth dried. And God spake unto Noah, saying,

Civil Rights Complaint Pursuant to U.S.C. § 1983

Genesis 8   NOAHS DRUNKENNESS verses 20-24
Curse of Canaan verses 26-29

115 . (16) Go forth of the ark, thou, and thy wife, and
*Insert ¶#*
thy sons, and thy sons' wives with thee. (17) Bring forth
with thee every living thing that is with thee, of all
flesh, both of fowl, and of cattle, and of every creeping
thing that creepeth upon the earth; that they may
breed abundantly in the earth, and be fruitful, and
multiply upon the earth. (18) And Noah went forth, and
his sons, and his wife, and his sons' wives with him:

116 . (19) Every beast, every creeping thing, and every fowl, and
*Insert ¶#*
whatsoever creepeth upon the earth, after their kinds,
went forth out of the ark. (20) And Noah builded an
altar unto the LORD, and took of every clean beast,
and of every clean fowl, and offered burnt offerings
on the altar. (21) And the LORD smelled a sweet savor, and
the LORD said in his heart, I will not again curse the ground
any more for man's sake; for the imagination of man's

117 . heart is evil from his youth; neither will I again
*Insert ¶#*
smite any more every thing living, as I have done. (22) While
the earth remaineth, seedtime and harvest, and cold
and heat, and summer and winter, and day and night
shall not cease. (Genesis 9:1-29) (1) And God blessed Noah
and his sons, and said unto them, Be fruitful and multiply,
and replenish the earth. (2) And the fear of you and the
dread of you shall be upon every beast of the earth, and
upon every fowl of the air; upon all that moveth upon

39
Page Number

1  1:8. the earth, and upon all the fishes of the sea; into
   *Insert ¶ #*
2  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ④ But flesh with the
5  life thereof, which is the blood thereof, shall ye not eat.
6  ⑤ And surely your blood of your lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man; at the hand of every man's brother will
9

10  1:9  . I require the life of man. ⑥ Whoso sheddeth man's
    *Insert ¶ #*
11  blood, by man shall his blood be shed: for in the image
12  of God made he man. ⑦ And you, be ye fruitful, and
13  multiply; bring forth abundantly in the earth, and
14  multiply therein. ⑧ And God spake unto Noah, and to
15  his sons with him, saying, ⑨ And I, behold, I establish
16  my covenant with you, and with your seed after you;
17  ⑩ And with every living creature that is with you, of the
18

19  1:10. fowl, of the cattle, and of every beast of the earth
    *Insert ¶ #*
20  with you; from all that go out of the ark, to every beast
21  of the earth. ⑪ And I will establish my covenant with you;
22  neither shall all flesh be cut off any more by the waters
23  of a flood; neither shall there any more be a flood
24  to destroy the earth. ⑫ And God said, This is the token
25  of the covenant which I make between me and you
26  and every living creature that is with you, for perpetual
27  generations: ⑬ I do set my bow in the cloud, and it
28

(add L to bow and you get Bowl) with a cloud is the Crystal
meth pipe aka poohey)

40
Page Number

14 . Shall be seen in the cloud: ⑮ And I will remember

*Insert ¶ #*

my covenant, which is between me and you and every
living creature of all flesh; and the waters shall no
more become a flood to destroy all flesh ⑯ And
the bow shall be in the cloud; and I will look
upon it, that I may remember the everlasting
covenant between God and every living creature
of all flesh that is upon the earth. ⑰ And God said

122 . unto Noah, This is the token of the covenant, which

*Insert ¶ #*

I have established between me and all flesh that is
upon the earth. ⑱ And the sons of Noah, that went
forth of the ark, were Shem, and Ham, and Japheth:
and Ham is the father of Canaan. ⑲ These are the three
sons of Noah, and of them was the whole earth overspread.
② And Noah began to be an husbandman, and he planted
a vineyard ② And he drank of the wine, and was drunken;

123 . and he was uncovered within his tent. ② And Ham,

*Insert ¶ #*

the father of Canaan, saw the nakedness of his father,
and told his two brethren without. ㉓ And Shem
and Japheth took a garment, and laid it upon both
their shoulders, and went backward, and covered the
nakedness of their father's nakedness ㉔ And Noah
awoke from his wine, and knew what his younger son
had done unto him. ㉕ And he said, Cursed be Canaan;
a servant of servants shall he be unto his brethren.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   124 . (26) And he said, Blessed be the LORD God of Shem; and Canaan shall be this servant. (27) God shall

2

3   enlarge Japheth, and he shall dwell in the tents

4   of Shem; and Canaan shall be his servant.

5   (28) And Noah lived after the flood three hundred

6   and fifty years. (29) And all the days of Noah

7   were nine hundred and fifty years: and he

8   died. Genesis 10:1-32 (1) Now, these are the generations

9

10  125. of the sons of Noah, Shem, Ham, and Japheth:

11  and unto them were sons born after the flood. (2) The

12  sons of Japheth; Gomer, and Magog, and Madai,

13  and Javan, and Tubal, and Meshech, and Tiras.

14  (3) And the sons of Gomer; Ashkenaz, and Riphath,

15  and Togarmah. (4) And the sons of Javan; Elishah,

16  and Tarshish, Kittim, and Dodanim. (5) By these were

17  the isles of the Gentiles divided in their lands; every

18

19  126. one after his tongue, after their families, in their

20

21  nations. (6) And the sons of Ham; Cush, and Mizraim,

22  and Phut, and Canaan. (7) And the sons of Cush;

23  Seba, and Havilah, and Sabtah, and Raamah, and

24  Sabtechah: and the sons of Raamah; Sheba, and

25  Dedan. (8) And Cush begat Nimrod: he began to be

26  a mighty one in the earth. (9) He was a mighty

27  hunter before the LORD: wherefore it is said, Even

28  as Nimrod the mighty hunter before the LORD.

42

Page Number

121 [10] And the beginning of his kingdom was Babel, and
*Insert ¶ #*
Erech, and Accad, and Calneh, in the land of
Shinar. [11] Out of that land went forth Asshur,
and builded Nineveh, and the city Rehoboth, and
Calah, [12] And Resen between Nineveh and Calah:
the same is a great city. [13] And Mizraim begat Ludim,
and Anamim, and Lehabim, and Naphtuhim, [14] And
Pathrusim, and Casluhim, (out of whom came Philistim,)

122 . and Caphtorim. [15] And Canaan begat Sidon his
*Insert ¶ #*
first-born, and Heth, [16] And the Jebusite, and the Amorite,
and the Girgasite, [17] And the Hivite, and the Arkite,
and the Sinite, [18] And the Arvadite, and the Zemarite,
and the Hamathite: and afterward were the families of the
Canaanites spread abroad. [19] And the border of the Canaanites was
from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
unto Sodom, and Gomorrah, and Admah, and Zeboim,

123. even unto Lasha. [20] These are the sons of Ham, after
*Insert ¶ #*
their families, after their tongues, in their countries, and
in their nations. [21] Unto Shem also, the father of all
the children of Eber, the brother of Japheth the elder,
even to him were children born. [22] The children of
Shem; Elam, and Asshur, and Arphaxad, and Lud, and
Aram. [23] And the children of Aram; Uz, and Hul,
and Gether, and Mash. [24] And Arphaxad begat
Salah; and Salah begat Eber. [25] And unto Eber were

43

*Page Number*

1 | 130. born two sons: the name of one was Peleg; for
*Insert ¶ #*
2 | in his days was the earth divided; and his brother's
3 | name was Joktan.㉖ And Joktan begat Almodad, and
4 | Sheleph, and Hazar-maveth, and Jerah, ㉗ And
5 | Hadoram, and Uzal, and Diklah, ㉘ And Obal, and
6 | Abimael, and Sheba, ㉙ And Ophir, and Havilah, and
7 | Jobab: all these were the sons of Joktan. ㉚ And their
8 | dwelling was from Mesha, as thou goest unto Sephar,
9 |
10 | 131. a mount of the east ㉛ These are the sons of
*Insert ¶ #*
11 | Shem, after their families, after their tongues, in their
12 | lands, after their nations. ㉜ These are the families of
13 | the sons of Noah, after their generations, in their nations:
14 | and by those were the nations divided in the earth after
15 | the flood.
16 | ✱✱✱ The Woman, Great Red Dragon, Man Child, Michael, & The blood of the Lamb ✱✱✱
17 | Revelation 12:1-17 ① And there appeared a great wonder in heaven;
18 |
19 | 132. a woman clothed with the sun, and the moon under her feet,
*Insert ¶ #*
20 |
21 | and upon her head a crown of twelve stars: ② And she being with
22 | child cried, travailing in birth, and pained to be delivered. ③ And
23 | there appeared another wonder in heaven; and behold a great
24 | red dragon, having seven heads and ten horns, and seven
25 | crowns upon his heads. ④ And his tail drew the third part of
26 | the stars of heaven, and did cast them to the earth: and the
27 | dragon stood before the woman which was ready to be delivered,
28 | for to devour her child as soon as it was born. ⑤ And she brought

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  [32]. forth a man child, who was to rule all nations with
*Insert ¶ #*
2  a rod of iron: and her child was caught up unto God, and
3  to his throne. (6) And the woman fled into the wilderness,
4  where she hath a place prepared of God, that they should
5  feed her there a thousand two hundred and threescore days.
6  (7) And there was a war in heaven: Michael and his angels
7  fought against the dragon; and the dragon fought and his
8  angels (8) And prevailed not; neither was their place found any

10  [31]. more in heaven. (9) And the great dragon was cast out, that
*Insert ¶ #*
11  old serpent, called the Devil, and Satan, which deceiveth the
12  whole world: he was cast out into the earth, and his angels
13  were cast out with him. (10) And I heard a loud voice saying in
14  heaven, Now is come salvation, and strength, and the kingdom
15  of our God, and the power of his Christ: for the accuser of
16  our brethren is cast down, which accused them before our
17  God day and night. (11) And they overcame him by the blood

20  [35]. of the Lamb, and by the word of their testimony; and
*Insert ¶ #*
21  they loved not their lives unto death. (12) Therefore rejoice, ye
22  heavens, and ye that dwell in them. Woe to the inhabiters of
23  the earth, and of the sea! for the devil is come down unto
24  you, having great wrath, because he knoweth that he hath
25  but a short time. (13) And when the dragon saw that he was
26  cast unto the earth, he persecuted the woman which brought
27  forth the man child. (14) And to the woman were given two
28  wings of a great eagle, that she might fly into the wilderness,

Civil Rights Complaint Pursuant to U.S.C. § 1983

136 : into her place, where she is nourished for a time, from
Insert ¶ 11
the face of the serpent. ⑮ And the serpent cast out of his
mouth water as a flood after the woman, that he might
cause her to be carried away of the flood. ⑯ And the earth
helped the woman, and the earth opened her mouth, and
swallowed up the flood which the dragon cast out of his
mouth. ⑰ And the dragon was wroth with the woman, and
went to make war with the remnant of her seed, which

137 keep the commandments of God, and have the testimony
Insert ¶ 11
of Jesus Christ. ✱✱✱ Revelation 13:1-18 ✱✱✱
① And I stood upon the sand of the sea, and saw a beast
having seven heads and ten horns, and upon his horns ten
crowns, and upon his heads the name of blasphemy.
② And the beast which I saw was like unto a leopard, and
his feet were as the feet of a bear, and his mouth as
the mouth of a lion: and the dragon gave him his power,

138 and his seat, and great authority. ③ And I saw one of
Insert ¶ 11
his heads as it were wounded to death; and his deadly wound
was healed: and all the world wondered after the beast.
④ And they worshiped the dragon which gave power unto
the beast: and they worshiped the beast, saying, Who is like
unto the beast? who is able to make war with him? ⑤ And there
was given unto him a mouth speaking great things and blasphemies;
and power was given unto him to continue forty and two
months. ⑥ And he opened his mouth in blasphemy against

46

1  139. God, to blaspheme his name, and his tabernacle,
Insert ¶ #
2  and them that dwell in heaven. ⑦ And it was given unto
3  him to make war with the saints, and to overcome
4  them; and power was given him over all kindreds, and
5  tongues, and nations. ⑧ And all that dwell upon the earth
6  shall worship him, whose names are not written in the book of
7  life of the lamb slain from the foundation of the world.
8  ⑨ If any man have an ear, let him hear. ⑩ He that leadeth
9

10  140. into captivity shall go into captivity: he that killeth with
Insert ¶ #
11  the sword must be killed with the sword. Here is the patience
12  and the faith of the saints. ⑪ And I beheld another beast
13  coming up out of the earth; and he had two horns like a
14  lamb, and he spake as a dragon. ⑫ And he exerciseth all
15  the power of the first beast before him, and causeth the
16  earth and them which dwell therein to worship the first
17  beast, whose deadly wound was healed ⑬ And he doeth
18

19  141. great wonders, so that he maketh fire come down
Insert ¶ #
20  from heaven on the earth in the sight of men. ⑭ And deceiveth
21  them that dwell on the earth by the means of those miracles
22  which he had power to do in the sight of the beast, saying to
23  them that dwell on the earth, that they should make an
24  image to the beast, which had the wound by a sword, and
25  did live. ⑮ And he had power to give life unto the image of
26  the beast, that the image of the beast should both speak,
27  and cause that as many as would not worship the image
28

47

Page Number

1  142. of the beast should be killed. ⑪ And he causeth

2  all, both small and great, rich and poor, free and bond,

3  to receive a mark in their right hand, or in the foreheads:

4  ⑰ And that no man might buy or sell, save he that

5  had the mark, or the name of the beast, or the number

6  of his name. ⑱ Here is wisdom. Let him that hath under-

7  standing count the number of the beast: for it is the

8  number of a man; and his number is Six hundred threescore

9

10  143. and six. ✳ Let's break down 666 Biblically ✳

11  ✳ Step 1: Count 6 books of the Bible (OLD & NEW TESTAMENT)

12  Step 2: Go to the 6TH Chapter of Book (OLD & NEW TESTAMENT)

13  Step 3: Go to the 6TH verse of Book (old & NEW TESTAMENT)

14  ✳ Step 1 Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua

15  Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called

16  the priests, and said unto them, Take up the ark of the covenant,

17  and let seven priests bear seven trumpets of rams' horns before the

18

19  144. ark of the LORD. ✳ Step 1 Book Count (New Testament):

20  Matthew, Mark, Luke, John, ACTS, ROMANS ✳ Step 2 & 3 Combined:

21  Romans 6:6 - Knowing this, that our old man is crucified with

22  him, that the body of sin might be destroyed, that henceforth

23  we should not serve sin. (Add verse 7 to see why they tried

24  reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on

25  their hands so instead the summoned dead/ancient demonic spirits)

26  Romans 6:7 - For he that is dead is freed from sin. ✳ Let's give

27  a brief explanation of Joshua ✳ Joshua 1:1-6 ① Now after the death

1  145. of Moses the servant of the LORD it came to pass, that the
Insert ¶ #
2  LORD spake unto Joshua the son of NUN, Moses' minister saying
3  "Moses my servant is dead; now therefore arise, go over this
4  Jordan, thou, and all this people, unto the land which I do give
5  to them, even to the children of Israel. ② Every place that the
6  sole of your foot shall tread upon, that have I given unto you,
7  as I said unto Moses. ④ From the wilderness and this Lebanon even
8  unto the great river, the river Euphrates, all the land of the Hittites,
9

10  146. and unto the Great Sea toward the going down of the sun,
Insert ¶ #
11  shall be your coast. ⑤ There shall not any man be able to stand before
12  thee all the days of thy life: as I was with Moses, so I will be with
13  thee: I will not fail thee, nor forsake thee. ⑨ Be strong and of a good
14  courage: for unto this people shalt thou divide for an inheritance the
15  land, which I sware unto their fathers to give them. ✳✳✳ NOW,
16  here's the backend which is the perverted way they used
17  the word to build the beast empire while "ATTEMPTING"
18                    (CAIN) (canaan)
19
20  147. to lock Jesus in their system so that they could blackmail
Insert ¶ #
21  the chosen ones, Jews, Children of Israel in order to steal
22  the substance of the land that was built by other people's
23  hands because the beast was cursed. Example: In Beauty and
24  the Beast, the Beast name is Prince Adam. Prince Adam only
25  means Cain which was Adams first son who killed Abel
26  the keeper of the sheep (shepherd) who was Adams second
27  son. Genesis 4:10-15 (page ____ ) (paraphrased) Cain was cursed from
28  the earth, when he tilled the ground the earth wouldn't yield her strength (produce)

49
Page Number

JOB

1  | 1⁹⁸ . and he was a fugitive (escapee, or in hiding, to avoid being arrested or
   | *Insert ¶ #*
2  | persecuted) and a vagabond (going back and forth) so his system is a system of sorcery &
3  | of slavery. Job 1:1 ⓵ There was a man in the land of Uz, whose name   ~ Uz=Oz (wizard)
4  | was Job; and that man was perfect and upright, and one that feared   ~ Jobs=Job (work)
5  | God, and eschewed evil. ⓶ And there were born unto him seven sons and   ~ 1+3=10 Beast ?
6  | three daughters. ⓷ His substance also was seven thousand sheep, and three   of Revelation 13
7  | thousand camels, and five hundred yoke of oxen, and five hundred she
8  | asses, and a very great household; so that this man was the greatest   ← G.O.A.T
9  |    Roman Catholic ABCS
10 | 1⁴⁹ . of all the men of the east. Job 1:7  And the LORD said unto Satan, Whence
   | *Insert ¶ #*
11 | comest thou? Then Satan answered the LORD, and said, From going to and fro   ~ Wandering=
12 | in the earth, and from walking up and down in it. Job 1:8 And the LORD said unto   Cain = The
13 | Satan, Hast thou considered my servant Job, that there is none like him in the earth,   Land of Nod
14 | a perfect and upright man, one that feareth God and escheweth evil? Job 1:9 Then
15 | Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11 But put
16 | forth thine hand now, and touch all that he hath, and he will curse thee   ← Matthew
17 | to thy face. Job 1:12 And the LORD said unto Satan, Behold, all that he hath   6:24 -
18 |    No man can
19 |    (Satan)   serve two
   | 19⁸ . is in thy power, only upon himself put not forth thine hand. So Satan went   masters: for
   | *Insert ¶ #*   either he will
20 | forth from the presence of the LORD. Job 1:15 And the Sabeans fell upon them, and   hate the one,
21 | took them away; yea, they have slain the servants with the edge of the sword;   and love the
22 | and I only am escaped alone to tell thee. Job 1:16 While he was yet speaking   other, or else
23 | there came also another, and said, The fire of God is fallen from heaven, and   he will hold
24 | hath burned up the sheep, and the servants, and consumed them; and I   to the one, and
25 | only am escaped alone to tell thee. Job 1:17 While he was yet speaking   despise the
26 | there came also another, and said, The Chaldeans made out three bands,   other. Ye cannot
27 | and fell upon the camels, and have carried them away, yea, and slain the servants   serve God and
28 | with the edge of the sword; and I only am escaped alone to tell thee.   mammon!
   |    *The World is
   |    under Satanic
   |    System! Their
   |    Job places the
   |    mark of the
   |    beast on them
   |    and their money
   |    does too. 911
   |    get out of the
   |    System NOW.

5D

Page Number

*Repent & Exit Quickly! Money/Beast/Job/Social System! It was a Set Up!!

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151  Job 1:18- While he was yet speaking, there came also another, and
Insert ¶ #
said, Thy sons and thy daughters were eating and drinking wine in their
eldest brother's house · Job 1:19- And, behold there came a great
wind from the wilderness, and smote the four corners of the
house, and it fell upon the young men, and they are dead; and
I only am escaped alone to tell thee Job 1:20-22 ⓴ Then
Job arose, and rent his mantle, and shaved his head, and

152  fell down upon the ground, and worshiped. ㉑ And said,
Insert ¶ #
Naked came I out of my mother's womb, and naked shall
I return thither: the LORD gave, and the LORD hath taken
away; blessed be the name of the LORD. ㉒ In all this Job
sinned not, nor charged God foolishly. Job 2:3- And the
LORD said unto Satan, Hast thou considered my servant Job,
that there is none like him in the earth, a perfect and an

153  upright man, one that feareth God, and escheweth evil?
Insert ¶ #
and still he holdeth fast his integrity, although thou movedst
me against him, to destroy him without cause. Job 2:4-
And Satan answered the LORD, and said, Skin for skin,
yea, all that a man hath will he give for his life. Job 2:5-
But put forth thine hand now, and touch his bone and his
flesh, and he will curse thee to thy face. Job 3:1-11 ① After
this opened Job his mouth, and cursed his day. ② And Job spake,
and said, ③ Let the day perish wherein I was born, and the

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 154 . night in which it was said, There is a man child conceived.
insert ¶ ⑭
2 ④ Let that day be darkness; let not God regard it from above,
3 neither let the light shine upon it. ⑤ Let darkness and the
4 shadow of death stain it; let a cloud dwell upon it; let the
5 blackness of the day terrify it. ⑥ As for that night, let
6 darkness seize upon it; let it not be joined unto the days
7 of the year; let it not be joined unto the days of the year;
8 let it not come into the number of the months. ⑦ Lo, let
9
10 155 . that night be solitary; let no joyful voice come therein.
11 insert ¶ ⑧
   ⑧ Let them curse it that curse the day, who are ready to
12 raise up their mourning. ⑨ Let the stars of the twilight
13 thereof be dark; let it look for light, but have none; neither
14 let it see the dawning of the day. ⑩ Because it shut not up
15 the doors of my mother's womb, nor hid sorrow from mine
16 eyes. ⑪ Why died I not from the womb? Why did I not give
17 up the ghost when I came out of the belly? Job 6:6-9
18
19 156 . ① Can that which is unsavory be eaten without salt? Or is
20 insert ¶ ①
21 there any taste in the white of an egg? ② The things that my soul
22 refused to touch are as my sorrowful meat. ③ Oh that I might
23 have my request; and that God would grant me the thing
24 that I long for! ④ Even that it would please God to destroy
25 me; that he would let loose his hand, and cut me off!
26 ✱ Breakdown of JOB which is the medium of the system (beast) ✱
27 The Word JOB is the name of a man/book in the Bible
28 (old testament) and the word JOB is also defined as: the


Civil Rights Complaint Pursuant to U.S.C. § 1983

67. principal activity in your life that you do to earn money. insert ¶ ⑤ a specific piece of work required to be done as a duty or for a specific fee. ⑥ a state of difficulty that needs to be resolved ⑦ a program application that may consist of several steps but is a single logical unit. ⑧ a crime (especially a robbery) ⑨ profit privately from public office or official business. ✱ This is what is the beginning of their sorcery which is crossing words in order to give it a different meaning. Also using phonics

68. in order to confuse a person who doesn't understand insert ¶ 8 different languages, etc. Prime Example: Caesar's world is all about PROFITS which is money but Christ's world is all about PROPHETS which is the mouthpiece of God being used through a human being to declare and decree. Both words sound the same but mean the total opposite ✱ Now, the word Medium is defined as ① An intervening substance through which signals can travel as a means for communication

69. ② someone who serves as an intermediary between the insert ¶ 8 living and the dead ③ transmissions that are disseminated widely to the public. ④ a substance in which specimens are preserved or displayed. Job |:| the land of UZ symbolize the land of OZ from the Wizard of OZ ∟ The definition of Oz is also ounce which (crossword example: witch) is a unit of weight in the US customary system and imperial system of measurement (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only represent Revelation 13 the first beast which is the Gentile

53

Civil Rights Complaint Pursuant to U.S.C. § 1983

160 . nations (Revelation 13:1 - And I stood upon the sand of the sea,
Insert ¶ #
and saw a beast rise up out of the sea, having seven heads
and ten horns, and upon his horns ten crowns, and upon his
heads the name of blasphemy.) *Blasphemy = blasphemous
behavior; the act of depriving something of its sacred character.*
bb 1:3 - His substance also was seven thousand sheep, and three thousand
camels, and five hundred yoke of oxen, and five hundred she asses,
and a very great household; so that this man was the greatest of

161 . all the men of the east. *Thus verse can symbolize sheep
Insert ¶ #
as being cotton for clothing, camels is a form of cigarettes,
yoke of oxen can represent a slave system based upon an
animalistic system (beast system), she asses symbolizes the
females! ass especially African Americans because an ass
is just a donkey that is a domesticated equine (crossword Earth Queen)
which is derived from the African wild ass (Equus Africanus) this
is only a description of the (harlot system) Revelation 17:5-9

162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
Insert ¶ #
THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
EARTH ⑥ And I saw the woman drunken with the blood of the
saints, and with the blood of the martyrs of JESUS: and when
I saw her, I wondered with great admiration. ⑦ And the angel
said unto me, Wherefore didst thou marvel? I will tell thee the
mystery of the woman, and of the beast that carrieth her,
which hath the seven heads and ten horns. ⑧ The beast that
thou sawest was, and is not, and shall ascend out of the

Civil Rights Complaint Pursuant to U.S.C. § 1983

163. bottomless pit, and go into perdition: and they that
*Insert ¶ #*
dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is. ¶ And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All Time!

164. Let me also add that camel is also a representation
*Insert ¶ #*
of Egypt. The word substance is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented;" "wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break substance down in two words you get
Sub meaning submarine or to act as a substitute for

165. someone + stance meaning the way in which someone
*Insert ¶ #*
stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. Fast can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7. And the LORD said unto Satan, Whence comest thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (& going to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

161. a representation of the Land of Nod which means that
*Insert ¶ #* LORD in this scenario is the King which makes the King the
real beast and the church (catholic) is the whore that
caused a lot of Kings to fail (Revelation 17:10 - And there
are seven kings five are fallen, and one is, and the other
is not yet come, and when he cometh, he must continue
a short space.) The King, that has a short space is King
Charles III because is reign is not that long due to

162. his age, the days we're in which is Armageddon,
*Insert ¶ #* and the truth being Revealed. Job 1:11 But put forth thine
hand now, and touch all that he hath, and he will curse thee
to thy face. Job 1:12 And the LORD said unto Satan, Behold,
all that he hath is in thy power, only upon himself put not
forth thine hand. Matthew 6:24 No man can serve two masters:
for either he will hate the one, and love the other; or else he will
hold to the one, and despise the other. Ye cannot serve God

163. and mammon. Romans 4:4-5 Now to him that worketh
*Insert ¶ #* is the reward not reckoned of grace, but of debt. ⑤ But to
him that worketh not, but believeth on him that justifieth
the ungodly, his faith is counted for righteousness. * THE
set up of the Beast System * Capitalism was created
by Adam Smith who was born in Kirkcaldy, Fife,
Scotland. The first form of bank note was developed
in China during the Tang and Song dynasties, starting
in the 7th century. Its roots were in merchant receipts

1    169. of deposit during the Tang dynasty (618-907).
2    *Insert ¶ #* During the Yuan dynasty (1271-1368), banknotes were
3    adopted by the Mongol Empire. In Europe, the concept
4    of banknotes was first introduced during the 17th century
5    by travelers such as Marco Polo with European banknotes
6    appearing in 1661 in Sweden. True paper money called
7    "jiaozi" were developed as promissory notes by the 11th
8    century, during the Song dynasty. In 1661 the first
9

10    170. banknotes were created in Europe by Johan Palmstruch
11    *Insert ¶ #* the founder of Stockholms Banco which was Sweden's
12    first bank until it was liquidated in 1667. However, it
13    served as the precursor to the central bank of Sweden
14    that was founded in 1668 as Riksens Standers Bank
15    until it was renamed in 1866 as Sveriges Riksbank which
16    is the world's oldest surviving central bank. Also, the
17    banknote of the one hundred daler issued by Stockholms
18    $100

19    171. Banco and signed by Johan Palmstruch in 1666 (the
20    *Insert ¶ #* mark of the beast in number form). ✳ Communism
21    was created by Karl Marxism who was born in Trier,
22    Rhine Province, Prussia Germany. Marxism was also created
23    by Friedrich Engels who was born in Barmen, Julich-Cleves Berg,
24    Kingdom of Prussia which is now Wuppertal, Germany.
25    Marxism is a method of socioeconomic analysis that
26    uses a materialist interpretation of historical development,
27    better known as historical materialism, to understand class

172. relations and social conflict and a dialectical perspective
*Insert ¶ #*
to view social transformation. So basically, to sum up the
beast system it was derived from the book of Job. Job
was tested by Satan to see if he lost everything would he
curse God. Scotan had the ability to do whatever he wanted
to Job except kill him. Satan was able to disconnect Job
from every type of human support, progress, or success
that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism
*Insert ¶ #*
which is when somebody else has control over another persons
possessions, it also goes hand and hand with the social
systems behind human relationships and behaviors, then
it is combined with capitalism which actually consist
of the progress and success of humans. People use their
progress and successes to help build their confidence
which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a
*Insert ¶ #*
system for humanity when it came to their means of
providing, Self confidence, and a sense of power that
can be obtained while they're progressing on their job.
Based upon this brief description of how they crossed
words to deceive the people. You should have a better
understanding on why it's so important for us to be
a free people versus us being a slave because people
enjoy their fun that only is tempory. In Matthew 6:24

1  175. God made it specific that nobody could serve
Insert ¶ #
2  two masters: for either he will hate the one,
3  and love the other; or else he will hold to
4  the one, and despise the other Ye cannot serve
5  God and mammon. Romans 4:4-5 ⊕ Now to him
6  that worketh is the reward not recogned of grace,
7  but of debt.※ Matthew 6:24 and Romans 4:4-5
8  both speaks about money/reward however in Matthew
9
10  176 God has given up a choice than in Romans the
Insert ¶ #
11  word tells you that the reward isn't grace however
12  it leds you into debt. Right there reality sinks
13  in letting you know that you lose more than you've
14  gained. ✕✕✕ This right here explains how they
15  set up America and also why America is still
16  in debt while the Americans suffer for something
17  they didn't put themselves in. Right now the
18
19  177. people are caught in the shackles of Americas
Insert ¶ #
20
21  debt to China for a debt that the people didn't
22  do but what makes it even more wrong is the fact
23  that China could have just helped America when
24  they bankript but instead people of those times
25  strategized a system that would be able to pay
26  back the debt yet the debt isn't paid off. Now, I
27  must also say that the marriage of the Lamb is
28  at hand in this time however, this was what

178. I call a battle due to the tricks, traps, and schemes
Insert ¶ #
of the enemy. See, the system that is being used
all across the world is an artificial way to force
slavery upon people while making them believe that
they are free. Right now, people are striving for
the "one world order" however the deception
behind the one world order is that humans are
losing their God giving rights of humanity to

179. their own creation which they don't exercise
Insert ¶ #
full control over especially when there's so much
corruption going on and technology is bypassing
the human brains. People have forgotten what
it means to Live, Love, and laugh because our lives
have been being controlled by people in high places
who have evil motives. We must stop being so
naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan
Insert ¶ #
caused some of the angels to be cast out with him,
in the garden of Eden he caused Adam & Eve to
be cast out the garden, and now he's at the
nations causing kings, queens, and others to
fall by keeping division between humanity as
he divides and conquers. We must open our eyes,
put pride aside, forgive one another, and put
Jesus back on the Throne because Truth be told

Civil Rights Complaint Pursuant to U.S.C. § 1983

181. Satan has everybody fighting over who was first, whose religion is real, etc what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's proveable① All the Appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than Gods. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who let's you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance. however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

184. to steal, kill, and destroy which makes him
feel good because He hates Himself, He Hates All
GOD's creation, & HE really Hates Jesus for Being
chosen. So, with All this being said the beast
system is a system of demonic mind control,
turmoil, Envy, Hatred, etc. as if HELL is on earth.
Also, the beast system is forced Satanic worship
due to the weapons he used to cause people

185. to believe a certain way which is only Indoctrination.
He has forced the world to live backwards by using
the Heaven and Earth that was created by God for
humans to freely possess, be fruitful, and multiply.
He has done so by Cain building a city (fast forward)
then God flooded the whole earth however he saved
Noah and his family and Noahs' Sons' wives plus
two cattle of every kind including fowls. After Noah

186. came out the ark; God told his family to be
fruitful and multiply in which they did. Then one
of Noahs' sons' named Ham Saw his dad
naked which caused God to curse Harms' son
Canaan. However through Noahs' other son Shems'
bloodline came Jesus. So the world is backwards
because the cursed ones have been stealing and
making money off of Jesus while denouncing
Him at the same time. The cursed ones have

62

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

187. been living like they're the chosen ones as they have profitted off the chosen ones and portrayed to the entire world as if the chosen ones were the cursed ones by placing labels of lies on the names of the chosen ones. Prime example JOB is a book in the bible about a wealthy God fearing man. The world took the name of JOB and made it a label for work which is job. Many people have made

188. a very good living off of whatever job or career they have. So here's the serpent's seed Cain who kills Abel and they are hiding behind their jobs. Here are some job titles to prove my point ① Doctors (the first surgery was when God put Adam in a trance, opened his side, took out his rib, and made Eve.) ② Police Officers (in Genesis 2:15: And the LORD God took the man, and put him into the garden of Eden to dress and to keep it. * Hebrew Definitions:

189. ① Dress → H5647 → àbad → to serve ② Kep → H8104 → Shámar → to protect. Law enforcement slogan is To Protect and to Serve.) ③ Teaching (in Genesis 1:2 - And the earth was without form, and void; and darkness was upon the face of the deep. And the Spirit of God moved upon the face of the waters) * Now, let's break this down in Hebrew. Form → H8414 → tshüw = empty place, without form, adverbial. * Adverbial means a word or group of words playing the grammatical role of an adverb. * Grammer means: the study of the way the sentences

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. 190 . of a language are constructed, morphology and syntax;
2. Insert ¶ # the elements of any science, art, or subject, a book
3. treating such elements.✱ Book is to enter an official
4. charge against (an arrested suspect) on police register.
5. VOID → H922→ bohuv: an undistinguishable ruin,
6. emptiness. Darkness → H2822 → chosek → misery, de-
7. struction, wickedness, ignorance, death. ✱✱✱
8. From Genesis 1:2, I defined 3 words which are Form,
9.
10. 191. Void, and darkness! I used Genesis 1:2 to describe
11. Insert ¶ # how the serpent seed Cain (the son of Eve who built the city)
12. uses jobs and the system to kill Abel (his brother who he envied
13. because of his favor with God). Teaching is a job that is only
14. a weapon of indoctrination to kill the Godlike character
15. in individuals starting from a child that way they become
16. a program (like computer simulation) that was created to
17. destroy all Godly traits. For Example: The word form
18.
19. 192. in Hebrew means empty place (a childlike innocense),
20. Insert ¶ # then it breaks down adverbial which describes the grammatical
21. then it breaks down adverbial which describes the grammatical
22. role of the adverb Finally, the word grammer is described
23. as a study of sentences of a language., the elements of
24. science art, etc in the form of a book (meaning to be
25. arrested (institutionalized in the mind; indoctrinated). The n,
26. the next word is void meaning that the worldly teachings
27. causes emptiness and/or an undistinguishable ruin. Finally, the
28. words form and void sums up to darkness which means misery
    destruction, wickedness ignorance, and death (spiritually).

193. Even though I put Doctor as #1, Police as #2, and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

194. jobs such as under Doctor you can classify a nurse, psychologist, chemist, dentist, chiropractor, masseuse, biologist, etc. because they all deal with the mind or body whether its evaluations, medicine (chemico/substances) or hands on physicals, etc. Under Police you can go back a decade and find slave patchers which were called bounty hunter. In Modern times you have similar jobs such as security, bouncers, investigators, any other

195. title that pertains to Protecting and Serving (like DCFS), etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Pipostles, Prophets, Evangelist, Pastors, and Teachers. Now in the world you have many jobs that fall under teaching such as: Substitute teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: Tik Tok, FaceBook, YouTube,

196. Pictures, Paintings, Lyrics, etc (that can have influencers
Insert ¶ #
who push hidden agendas while getting paid to do so at
the expense of peoples' sanity, lives, or beliefs). * Mark 8:34-38
(34) And when he had called the people unto him with his disciples
also, he said unto them, Whosoever will come after me, let
him deny himself, and take up his cross, and follow me. (35) For
whosoever will save his life shall lose it; but whosoever shall
lose his life for my sake and the gospel's, the same shall

197. save it. (36) For what shall it profit a man, if he shall
Insert ¶ #
gain the whole world, and lose his own soul? (37) Or what
shall a man give in exchange for his soul? (38) Whosoever
therefore shall be ashamed of me and of my words in this
adulterous and sinful generation; of him also shall the
Son of man be ashamed, when he cometh in the glory of
his Father with the holy angels. * Mark 8:15 - And he
charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod.
Insert ¶ #
* Herod the Great was the Roman appointed king of Judaea who
built many fortresses, aqueducts, theatres, etc. Herod was born
in southern Palestine; his father was Antipater and he was an
Edomite (a semitic people that have been identified as Arab,
who converted to Judaism in the 2nd century BCE). Herod was
of Arab origin, although he was a practicing Jew. Herod killed
the infants of Bethlehem in order to try and kill Jesus while he
was still a baby then he died shortly after he had a bungled
Suicide attempt (Just like Judas & HITLER) * The enemy sets
people up to try and kill
Jesus & then they die
afterwards *

Set UP 2 FAIL!

is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the
*Insert ¶ #*
category of Ammorites, Canaanites, and the Ara-maeans.
The word Edom means "RED" and the Edomites sin
was PRIDE. The Edomites were the descendents of
Esau and the Edomites worshipped many gods. Esau
became a pagan Roman who rebelled against the Torah
a countermodel of the rabbinic Jew. Reading Rome, the
universal empire, into the Bible, and turning Romans.

200. into wayward brothers, the rabbis made Jewish history
*insert ¶ #*
universal. Pagan Rome disregarded them, but Christian
Rome made the typology part of European history.
The Church Fathers interpreted Jacob and Esau's
brotherhood as that of Christians and Jews, claimed
Jacob's legacy and decried the Jews as Esau. The,
Empire's Christianization encumbered Christianity with
the Jewish-Roman past and Rome with the Christian

201. Claim to disinherit Israel, and forged a traumatic
*Insert ¶ #*
relationship that still hasn't been undone. ✱ Encumbered
means- to restrict or burden (someone or something) in such
a way that free action or movement is difficult. ✱ bhn 10:1
Verily, Verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some other
way, the same is a thief and a robber. John 10:10 The
thief cometh not, but for to steal, and to kill, and to destroy:
I am come that they might have life, and that they might

67
Page Number

202. have it more abundantly. Matthew 23:1-10 Then spake
Insert ¶ #
Jesus to the multitude, and to his disciples, ② Saying, The
Scribes and the Pharisees sit in Moses seat. ③ All therefore
whatsoever they bid you observe and do; but do not ye
after their works: for they say, and do not. ④ For they
bind heavy burdens and grievous to be borne, and lay
them on men's shoulders; but they themselves will not
move them with one of their fingers. ⑤ But all their

203. works they do for to be seen of men. they make broad
Insert ¶ #
their phylacteries, and enlarge the borders of the garments.
⑥ And love the uppermost rooms at feasts, and the chief
seats in the synagogues, ⑦ And greeting in the markets,
and to be called of men, Rabbi, Rabbi. ⑧ But be not ye
called Rabbi: for one is your Master, even Christ; and all
ye are brethren. ⑨ And call no man your father upon the
earth: for one is your Father, which is in heaven. ⑩ Neither

204. be ye called Masters: for one is your Master, even Christ.
Insert ¶ #
✱ Descendents of Esau also known as Edom wore the People.
of Seir from ancient Sparta, early Rome, Venice, Germany,
Russia, China, Japan, and many other nations. The
Edomites were always in conflict with Gods people.
Esau gave rise to military elites such as the Spartans and
warriors like Alexander the Great. ✱ ✱ ✱ Moving Forward,
I will list a few more jobs that will also prove that they
perverted the word of God to make merchandise of men

205 . by spiritually raping the people in order to obtain self
*Insert ¶ #*
gain and control which is still a form of slavery but
just in the mind, emotions, and spiritually while deceiving
the world to believe that they are still free when in
all actuality they are being mislead by a wolf in
sheeps clothing. ⓐ Astrologers (in Genesis 1:14-16 ⓐ And
God said, Let there be lights in the firmament of the
heaven to divide the day from the night; and let them

206 . be for signs, and for seasons, and for days, and
*Insert ¶ #*
years: ⓕ And let them be for lights in the firmament
of the heaven to give light upon the earth: and it was
so. ⓕ And God made two great lights; the greater light
to rule the night: he made the stars also.) ✱ According
to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are
People who have gone beyond what they should have, they
have perverted the origin of why God created the lights

207. in the firmament which was to divide the day from
*Insert ¶ #*
night, to be for signs (not horoscope, not for satellite, technology, etc),
for the seasons, for the days, and for the years. People
have gone beyond their boundaries while acting like
they were just studying God's creation but in all actuality
they were coming-up with wicked inventions while getting
paid to do so. ✱ Isaiah 47:1 - Come down, and sit
in the dust, O virgin daughter of Babylon, sit in the
dust, O daughter of the Chaldeans: for thou shalt no

208. more be called tender and delicate. ③ Take the
*Insert ¶ #*
millstones, and grind meal: uncover thy locks, make
bare the leg, uncover the thigh, pass over the rivers.
④ Thy nakedness shall be uncovered, yea, thy shame shall
be seen: I will take vengeance, and I will not meet
thee as a man. ④ As for our redeemer, the LORD of
hosts is his name, the Holy One of Israel. ⑤ Sit thou
silent, and get thee into darkness, O daughter of the

209. Chaldeans: for thou shalt no more be called, The
*Insert ¶ 0*
lady of Kingdoms. ⑥ I was wroth with my people, I
have polluted mine inheritance, and given them
into thine hand: thou didst show them no mercy;
upon the ancient hast thou very heavily laid thy
yoke. ⑦ And thou saidst, I shall be a lady for ever:
so that thou didst not lay these things to thy heart,
neither didst remember the latter end of it. ⑧ Therefore,

210. hear now this, thou that art given to pleasures, that
*Insert ¶ #*
dwellest carelessly, that sayest in thine heart, I am, and
none else beside me; I shall not sit as a widow, neither
shall I know the loss of children: but these two things shall
come to thee in a moment in one day, the loss of children,
and widowhood: they shall come upon thee in their perfection
for the multitude of thy sorceries, and for the great
abundance of thine enchantments. ⑨ For thou hast trusted
in thy wickedness: thou hast said, None seeth me.

211. Thy wisdom and thy knowledge, it hath perverted
*Insert ¶ #*
thee; and thou hast said in thine heart, I am, and
none else beside me. [11] Therefore shall evil come upon
thee; thou shalt not know from whence it riseth: and
mischief shall fall upon thee; thou shalt not be
able to put it off: and desolation shall come upon
thee suddenly, which thou shalt not know. [12] Stand now
with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy
*Insert ¶ #*
youth; if so be thou shalt be able to profit, if so be thou
mayest prevail. [13] Thou art wearied in the multitude
of thy counsels. Let now the astrologers, the stargazers,
the monthly prognosticators, stand up, and save thee.
[14] Behold, they shall be as stubble; the fire shall burn
them; they shall not deliver themselves from the power
of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. [15] Thus shall they be unto thee
*Insert ¶ #*
with whom thou hast laboured, even thy merchants, from
thy youth: they shall wander every one to his quarter;
none shall save thee. * People who work in the astrology,
Tarot, physics, etc have been paid to search the hidden
mysteries of heaven and the earth which has also
been used for monetary game at the expense of
others while intentionally misleading people using
the signs. [9] Government jobs (in Isaiah 9:6 + For

Civil Rights Complaint Pursuant to U.S.C. § 1983

214. unto us a child is born, unto us a son is given: and
the government shall be upon his shoulder: and his
name shall be called Wonderful, Counsellor The mighty
God, The everlasting Father, The Prince of Peace
⑨ Of the increase of his government and peace there shall
be no end, upon the throne of David, and upon his
kingdom, to order it, and to establish it with judgement
and with justice from henceforth even forever. The

215 zeal of the LORD of hosts will perform this. ✳ In
this passage of scripture it shows that the government
was upon his shoulders however there would come
a time that he would have to overturn it in order
to bring order to Man made mess, he would have
to establish it so that judgement and justice will
move according to TRUTH instead of just the labels
that humans have placed based on their own perception.

216. See, God knew that people would pervert the
truth even if they knew the truth; so all the deep
state & worldly corruption only Jesus could fix entirely.
✳ To finalize the perverting of Jobs' name and story
from the bible and man creating Jobs(work) While
using Jobs' story to obtain the Keys, to rob the people,
cause them to curse or be mad at God, which robs them
of Gods restoration(because lack of faith), and enables the
beast system to drive them into debt which is a form

Civil Rights Complaint Pursuant to U.S.C. § 1983

217. of slavery, and caused America to run up it's debt
because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

Insert ¶ #

218. destroy humanity. Let's prove it wasn't God but instead
it was Satan(satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

Insert ¶ #

219. that humans are not better than him. God gave Adam and
Eve dominion over the mind of his adversary (tree of Good/Evil),
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell,
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the womans seed.
Satan's goal then became his drive to steal the womans'
seed, turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

Insert ¶ #

Civil Rights Complaint Pursuant to U.S.C. § 1983

220. Satan instead of God. Let's use a few scriptures from Job

*Insert ¶ #*

to wrap this up and move on. Job 1:9 - Then Satan answered the LORD, and said, Doth Job fear GOD for nought? (Basically he's asking if Job would still fear God even if he had nothing?) Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. (Satan told God to remove Jobs things and he would curse God to his face). Job 1:12 - And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon

221. himself put not forth thine hand. So Satan went forth from

*Insert ¶ #*

the presence of the LORD. (Right here The LORD gave Satan power over everything of JOBs' except for his life. The LORD knows the heart of man so he knew JOB would not curse him to his face also that was a way for God to show Satan that money wasn't everything to everybody and that some people truly do love God). Mind you, Satan is only looking for worship because he wanted to be greater than GOD. Mark 14:62 -

222. And Jesus said, I am: and ye shall see the Son of man

*Insert ¶ #*

sitting on the right hand of power, and coming in the clouds of heaven. Mark 16:19 - So then after the LORD had spoken unto them, he was received up into heaven, and sat on the right hand of God. Revelation 13:13-16 And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast;

Civil Rights Complaint Pursuant to U.S.C. § 1983

223. saying to them that dwell on the earth, that they
*Insert ¶ #*
should make an image to the beast, which had the wound
by a sword, and did live ⑮ And he had power to give life
unto the image of the beast, that the image of the beast
should both speak, and cause, that as many as would
not worship the image of the beast should be killed.
⑯ And he causeth all, both small and great, rich and
poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. ✱ Breakdown of the
*Insert ¶ #*
scriptures pertaining to Job 1:12- And the LORD said
unto Satan, Behold, all that he hath is in thy power,
only upon himself put not forth thine hand... Now,
I'm going to paraphrase a few scriptures from above to
paint the picture of satan pretending to be Jesus but in the
shadows. ⑤ Mark 14:62 Jesus is sitting on the right hand of
power. ⑥ Mark 16:19 - Jesus ascends to heaven to sit on the right hand

225. of God. ⑦ Revelation 13:13 (paraphrased) The Beast does great
*Insert ¶ #*
wonders (signs) by making fire come down from heaven. ⑧ Revelation 13:16
The Beast causes all to receive a mark in their right hand,
or in their forehead ⑨ Genesis 1:14- God created lights in the firmament
of heaven to divide day and night, Let them be signs, and for
seasons, days, and years. ⑩ Isaiah 47 12-13 The VIRGIN daughter of Babylon
was rebuked by the prophet for her enchantments, sorceries, astrologers,
stargazers, and monthly prognosticators (in verse 11, he said her wisdom
and knowledge perverted her & she became PRIDEFUL). ⑪ Mark 14:62 And

Civil Rights Complaint Pursuant to U.S.C. § 1983

226. Jesus said, I am: and ye shall see the Son of man

Insert ¶ #

sitting on the right hand of power, and coming in the clouds of heaven. Matthew 28:18-19 ⑱ And Jesus came, and spake unto them, saying, All power is given unto me, in heaven and in earth ⑲ Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost: ⑳ Teaching them to observe all things whatsoever I have commanded

227. you: and, lo, I am with you alway; even unto

Insert ¶ #

the end of the world. Amen. ✱ Now in Job 1:12 God told Satan that when it came to Job being tried, he had all access to Jobs' possessions except he couldn't touch Jobs' life with his hand. In the workforce (JOB) the Boss has all the power of your money, hours, days, and assignment just not over the individuals' life in a personal/physical sense. Mark 14:61 Jesus sits on

228. the right hand of power and comes in the clouds

Insert ¶ #

of heaven, Mark 16:19 Jesus sits on the right hand of God, and Matthew 28:18 Jesus acknowledges ALL power is given to him in heaven and in earth ✱ So you can see Satan taking power while hiding behind Jesus because he knows the word, knows how to manipulate it, and use it for is own wickedness. However, Mark 14:61 Jesus comes in the clouds of heaven; then in Revelation 13:13 the beast (Satan) does wonders (signs/miracles) by making fire come down from heaven

Civil Rights Complaint Pursuant to U.S.C. § 1983

229. Such as Astrology dealing with signs that they named in the
*Insert ¶ #*
Sky & make fire come down symbolizes Technology,
media, electricity, Lightening, and fireworks. All
these methods of making fire come down is Satans attempt
to solidify his worldly Kingdom as he uses space/universe
to attempt to show forth his power as if he's God the
ultimate creator Like what God did in Genesis 1:14 when
he first created lights in the firmament of heaven to separate

230. day from night; be as signs, seasons, days, and years.
*Insert ¶ #*
So if Satan is a replicator of the original that means
his Church is Babylon according to Isaiah 47:12-13
that talks about the woman and her sorceries, enchantments,
astrologers, stargazers, and prognosticators (which all
these symbolize Witchcraft because its not the original
reason of why God created the lights in the firmament
and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from
*Insert ¶ #*
demonic spirits) So they have the ability to transfer
into humans, possess them, and drive humans to
behave in abnormal ways, cause sicknesses, and/or
attach themselves in different areas dealing with a
persons' life. Speaking on Satan being a replica of God
(Yeshua) his hirelings the witches/sorcerers are only a
replica also known as a False Prophet(ess) because
they use other methods outside of Christ Jesus in order

Civil Rights Complaint Pursuant to U.S.C. § 1983

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because thats what determines the purity of the word That's spoken. See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDS' name. The office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God Teaching them and Gods shepherds (apostles, evangelist,

234. pastors & teachers) helping the prophet grow in their gift. The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now there's two forms of the prophetic which is ① The Office of A Prophet and ② The gift of prophesy. The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

235. to prophecy, prophecy is for edification, exhortation, and
Insert ¶ #
comfort, prophetic utterance is a gift, a person that prophecy
is defined as a saint doing the work of the ministry of Christ,
the gift to prophecy is for life. * The OFFICE of a prophet(ess)
is a gift from the Godhead, God chooses the prophet not
humans, the prophetic office is a gift that is used to train,
equip, direct, correct, warn and govern, the prophet is a
gift to the body of Christ, a prophet is a part of the five-fold

236. ministry to equip the saints, and the Office of a Prophet(ess)
Insert ¶ #
is for life. * The Characteristics of a False Prophet *
They point people back to themselves instead of to Jesus Christ
of Nazareth, they lack spiritual accountability, they
cause dissension/division within leadership and members
within the church body, they are not seeing or speaking
through the heart and eyes of God, they operate out
of anger, frustration, and hurt, they mislead people.

237. intentionally, they cause people to rebell against God
Insert ¶ #
as they lead the people to worship false Gods (paganism),
their in it for self gain and not to edify the church as
the Body of Christ is a hospital. 1 Corinthians 14:10-12
(10) There are, it may be, so many kinds of voices in the world,
and none of them is without significance. (11) Therefore if I
know not the meaning of the voice, I shall be unto him that
speaketh a barbarian, and he that speaketh shall be a barbarian
unto me. (12) Even so ye, forasmuch as ye are zealous of spiritual

79

1 238. gifts, seek that ye may excel to the edifying of the church.
2  *Insert ¶ #* Proverbs 18:21 – Death and Life are in the power of the tongue:
3 and they that love it shall eat the fruit thereof. Matthew 15:18-20
4 ⁽¹⁸⁾ But those things which proceed out of the mouth come
5 forth from the heart; and they defile the man. ⁽¹⁹⁾ For
6 out of the heart proceed evil thoughts, murders, adulteries,
7 fornications, thefts, false witness, blasphemies: ⁽²⁰⁾ These are
8 the things which defile a man: but to eat with unwashen
9
10 239. hands defileth not a man. Psalms 45:1-2 ⁽¹⁾ My heart
11  *Insert ¶ #* is inditing a good matter: I speak of the things which I have
12 made touching the King: my tongue is the pen of a ready writer.
13 ⁽²⁾ Thou art fairer than the children of men: grace is poured
14 into thy lips: therefore God hath blessed thee for ever.
15 ✳ The mouth has a way of revealing what is in the
16 heart of man whether the words are spoken in private
17 or in public. Now, the false prophet(ess) or witches
18
19 240. Use ritualism, music, tarot cards, horoscope, etc to obtain
20  *Insert ¶ #* results that they desire however it causes more harm than
21 good because they tap into demonic spirits to obtain
22 whatever results they desire but they fail to realize
23 that those demonic entities can overpower them because they
24 have opened up themselves and others to those spirits.
25 However, God will use a prophet to stand up against
26 what's attempting to destroy his people so a lot of times
27 the prophet and prophetic ministry is rejected because people
28

241. are looking for temporary fixes since the root of a
Insert ¶ #
problem is too complex, painful, and time consuming
in order to correct the issue. When we are in this place it's
easier to listen to people who tell you what you want to hear
than to have to face the variety of emotions that show
up when you have been deceived, lied on or lied to, pushed
away, indoctrinated, misled, etc. However, the only way
for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
Insert ¶ #
The Holy Ghost is the spirit of Truth, then there's the
spirit of error because the person didn't know any better
and finally the spirit of falsehood which is when a
person is intentionally deceiving people. Revelation 13:15-
And he had power to give life to the image of the beast, that
the image of the beast should both speak, and cause, that
as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 (18) For the wrath of
Insert ¶ #
God is revealed from heaven against all ungodliness and
unrighteousness of men, who hold the truth in unrighteousness;
(19) Because that which may be known of God is manifest
in them; for God hath showed it unto them. (20) For the invisible
things of him from the creation of the world are clearly
seen, being understood by the things that are made, even
his eternal power and Godhead, so that they are without
excuse. (21) Because that, when they knew God, they glorified

81
Page Number

1  24 him not as God, neither were thankful; but became
Insert ¶ #
2  vain in their imaginations, and their foolish heart was darkened.
3  ㉒ Professing themselves to be wise, they became fools,
4  ㉓ And change the glory of the uncorruptible God into
5  an image made like to corruptible man, and to birds,
6  and four-footed beasts, and creeping things. ㉔ Wherefore
7  God also gave them up to uncleanness through the lusts
8  of their own hearts, to dishonor their own bodies between
9

10  245 themselves: ㉕ Who changed the truth of God into a lie,
Insert ¶ #
11  and worshiped and served the creature more than the
12  Creator, who is blessed for ever. Amen. ㉖ For this cause
13  God gave them up unto vile affections: for even their women
14  did change the natural use into that which is against nature:
15  ㉗ And likewise also the men, leaving the natural use of the
16  woman, burned in their lust one toward another; men with
17  men working that which is unseemly, and receiving in
18

19  246 themselves that recompense of their error which was meet.
20  Insert ¶ #
21  ㉘ And even as they did not like to retain God in their knowledge,
22  God gave them over to a reprobate mind, to do those things
23  which are not convenient; ㉙ Being filled with all unrighteousness,
24  fornication, wickedness, covetousness, maliciousness; full of
25  envy, murder, debate, deceit, malignity, whisperers, ㉚ Backbiters,
26  haters of God, despiteful, proud, boasters, inventors of evil
27  things, disobedient to parents, ㉛ Without understanding, covenantbreakers,
28  without natural affection, implacable, unmerciful: ㉜ Who knowing

247. the judgement of God, that they which commit such
Insert ¶ #
things are worthy of death, not only do the same, but
have pleasure in them that do them. *** False Prophets
according to 2 Thessalonians 2:9-14 ⑨ Even him, whose
coming is after the working of Satan with all power and signs
and lying wonders, ⑩ And with all deceivableness of unrighteousness
in them that perish: because they received not the love
of the truth, that they might be saved. ⑪ And for this cause

248. God shall send them strong delusion, that they should
Insert ¶ #
believe a lie: ⑫ That they all might be damned who believed
not the truth, but had pleasure in unrighteousness. ⑬ But
we are bound to give thanks always to God for you, brethren
beloved of the Lord, because God hath from the beginning
chosen you to salvation through sanctification of the Spirit
and belief of the truth: ⑭ Whereunto he called you by our
gospel, to the obtaining of the glory of our lord Jesus Christ.

249. * The methods of the False Prophets * 1 John 2:15-
Insert ¶ #
¹⁵ Love not the world, neither the things that are in the
world. If any man love the world, the love of the Father
is not in him. ¹⁶ For all that is in the world, the lust
of the flesh, and the lust of the eyes, and the pride
of life, is not of the Father, but is of the world.
¹⁷ And the world passeth away, and the lust thereof: but
he that doeth the will of God abideth for ever. ¹⁸ Little
children, it is the last time: and as ye have heard that

83
Page Number

1. 250. antichrist shall come, even now are there many
2. *Insert ¶ #* antichrists; whereby we know that it is the last time.
3. ⑲ They went out from us, but they were not of us; for
4. if they had been of us, they would no doubt have continued
5. with us: but they went out, that they might be made
6. manifest that they were not all of us. ✳ Let me break
7. down the words image, sound, logo, after a few
8. scriptures to paint the TRUE PICTURE... Genesis 1:26-27
9.

10. 251. ㉑ And God said, Let us make man in our image, after
11. *Insert ¶ #* our likeness: and let them have dominion over the fish of
12. the sea, and over the fowl of the air, and over the cattle,
13. and over all the earth, and over every creeping thing that
14. creepeth upon the earth. ㉒ So God created man in his own
15. image, in the image of God created he him; male and
16. female created he them. Genesis 2:7 - And the LORD God formed
17. man of the dust of the ground, and breathed into his nostrils
18.

19. 252. the breath of life; and man became a living soul...
20. *Insert ¶ #* Here's the words ⓐ image, ⓑ sound, ⓒ logo breakdown ⓐ image
21. is imago in Latin meaning LIKENESS, appearance, statue,
22. idea, echo. To me image can also mean: image (I+MAGE=
23. eye magic meaning illusion) ⓑ sound root word in Greek is
24. phone. Sound is a type of wave motion that originates as the
25. vibration of a medium. In order to speak or sing, you
26. must add sound to letters. So in this breakdown of sound
27. I am going to use the Phoenician Alphabet which is the

84
Page Number

253. Early Linear Script that was used to write the

*Insert ¶ 1*

Early Iron Age Canaanite languages. The 14th letter in the Phoenician alphabet is nūn which is the phonemic representation of N and the numerical value of 50. Nun is believed to be derived from an Egyptian hieroglyph of a snake (serpent). In all languages the "n" represents the alveolar nasal. The voiced alveolar nasal is a type of consonantal sound used in numerous spoken

254. languages. The symbol in the international Phonetic

*Insert ¶ #*

Alphabet that represents dental, alveolar, and postalveolar nasals is "n". A dental consonant is a consonant articulated with the tongue against the upper teeth. Alveolar consonants are articulated with the tongue against or close to the superior alveolar ridge, which is called that because it contains the alveoli (the sockets) of the upper teeth. Post-alveolar

255. consonants are consonants articulated with the tongue

*Insert ¶ #*

near or touching the back of the alveolar ridge. The Phoenician alphabet was used to write the Early Iron Age Canaanite languages, subcategorized by historians as Phoenician, Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic. Logos in Ancient Greek means word, discourse, or reason thats used in Western philosophy, psychology, and rhetoric; it connotes an appeal to rational discourse that relies on inductive and deductive reasoning. — In Christianity "Logos" means

1  256. The Word of God (John 1:1 - In the beginning was
2  Insert ¶#  the Word, and the Word was with God, and the Word
3  was God). See, this is why the deception has been so
4  much when it comes to spells, cross of words, and
5  playing with the Bible in the form of manipulating, in-
6  doctrinating, controlling, labeling, stealing, and
7  altering. This has occured using ⓐImage, ⓑSound,
8  ⓒLogos because whoever governs the Word of God as
9

10  257. A steward is who controls or frees the people
11  Insert ¶#  and their inheritance. So in this case we can see their
12  motive at heart, which is their ability to play God in
13  order to flee from judgement. Basically, while they're
14  playing as God (false messiah) with their weapons of sorcery
15  they are also leading people into Idolatry. They are
16  also fleeing from judgement by pretending to be somebody
17  that they are not and that's also how extortion is happening.
18
19  258. All this means is that the false prophets (messengers)
20  Insert ¶#  represents Revelation 13:11 - And I beheld another beast coming
21  up out of the earth, and he had two horns like a lamb, and
22  he spake as a dragon. *That sums up the three words ⓐImage=
23  eye magic (appearence) ⓑ sound = phone in Greek; and in the
24  phoenician Alphabet the letter n (representation) which is the word
25  nun that resembles a snake (serpent) in Egyption hieroglyphs. Another
26  meaning of nun (female) is the word Monk (male) and they are
27  found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy
28

Bu

1  259 . Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism.
   Insert ¶ #
2  They are also found in Indian Religions such as Hinduism,
3  Buddism, and Jainism. ① Logos = word, discourse or
4  reason. Discourse means - written or spoken communication
5  or debate. The word discourse is derived from the Latin
6  prefix "dis" meaning "away" and the root word "currere" meaning
7  "to run" and refers to the way that a conversation flows.
8  To study discourse is to analyze the use of spoken or

10  260 . written language in a social context. Logo also represents
    Insert ¶ #
11  a graphic mark, emblem, or symbol used to aid and
12  promote public identification and recognition (it can also
13  include text of the name it represents as in a wordmark).
14  Logo is another form of trademark or branding (sounds
15  like mark of beast in the forehead because of perception due
16  to the fact that Logos originally stands for The WORD of God and
17  not the words of the World) 2 Corinthians 4:1- ① Therefore

19  261 . Seeing we have this ministry, as we have received mercy,
    Insert ¶ #
20
21  we faint not, ② But have renounced the hidden things of
22  dishonesty, not walking in craftiness, nor handling the
23  Word of God deceitfully; but by manifestation of the truth
24  commending ourselves to every man's conscience in the
25  sight of God. ③ But if our gospel be hid, it is hid to them
26  that are lost: ④ In whom the god of this world hath blinded
27  the minds of them which believe not, lest the light of the
28  glorious gospel of Christ, who is the image of God should shine unto them.

87
Page Number

242 . Another example of false prophets handling the word
*Insert ¶ #*
of God deceitfully to blind the minds of humanity in order
to keep them in darkness and away from Jesus Christ of
Nazareth being their savior is: Revelation 1:8 I am the
Alpha and Omega, the beginning and the ending, saith
the Lord, which is, and which was, and which is to come,
the Almighty. The word Alpha means: 1st letter of Greek alphabet,
the vowel sound represented by this letter (a) ② Alpha, Astronomy.

243 . used to designate the brightest star in a constellation. ③ Chemistry
*Insert ¶ #*
(of an animal) having the highest rank in dominance of hierarchy: the
alpha female of an elephant pack. Next, the word alphabet= alpha=above
definitions + bet= second letter in Phoenician alphabet and the letters
name means "House" now put them together and you get Alpha=Astronomy
+ bet= house (Astronomy House or House of witchcraft). then omega=
the 24th letter in the greek alphabet which is the last letter and the
word omega means "great O". Finally before I add it up the

244 . last part is the movie Alpha and Omega for kids in which
*Insert ¶ #*
Alpha is a female wolf and Omega is a male wolf. Now, all
this sum up to ① The movie Alpha and Omega equals Wolf(Beast)=
"IMAGE (eye magic)" ② The Alphabet equals to
"Astronomy House, House of Witchcraft, Babylon" meaning
"Sound=Phone in Greek" ③ The word Alpha equals
1st letter of greek alphabet, the vowel sound of the letter (a), Alpha,
Astronomy, Alpha Centauri (triple star system in southern constellation
of Centaurus/south pole) meaning "LOGOS" equals the
mark of Beast in Hand(Phone) & Forehead (movies, tv, digital realm)
Technology

※ They swapped WHICH
*Page Number*
with WITCH because it's mentioned
3 times symbolizing TRINITY (Alpha Centauri)
not the Father, Son, and Holy Ghost ... (Revelation 1:8)

The End of thei

1  &.s. False prophets (THEIR END) Matthew 7:15 ⑮ BEWARE

2  *Insert ¶#* of false prophets, which come to you in sheep's clothing,

3  but inwardly they are ravening wolves. ✱ Now lets go

4  to Genesis 1:14- And God said, Let there lights in the

5  firmament of the heaven to divide the day from

6  the night; and let them be for signs, and for seasons,

7  and for days, and years... Here are a few seasons

8  and Holidays that have a different meaning or

9

10  &.6. overlooked meaning. #1 Autumn, also know as fall

11  *Insert ¶#* has Halloween in its season. Ironically, by autumn

12  being labeled as fall and Halloween being labeled

13  All Hallow's Eve this pagan holiday is demonic,

14  satanic, and full of devil worship as it indoctrinates

15  the children since the children are the next generation.

16  Autumn/Fall indirectly glorifies the serpent for

17  causing eve to fall in the garden. Genesis 3:1-Now

18

19  &.2. the serpent was more subtile than any beast of the

20  *Insert ¶#* field which the LORD God had made. And he said unto the

21  woman, Yea, hath God said, Ye shall not eat of every tree

22  of the garden ✱ This was the first voice (sound) that

23  Eve heard after being created. This was the first

24  time the serpent twisted the word of God (Logos).

25  Genesis 3:4-6 ④And the serpent said unto the woman,

26  Ye shall not surely die: ⑤For God doth know that

27  in the day ye eat thereof, then your eyes shall be

268 . opened, and ye shall be as gods, knowing good and evil. ⑥ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her, and he did eat. ✳ This is the second time she heard his voice (sound) as he twisted the word of God (logos) just to plant a picture in her head

269 . (image). Genesis 3:7-8 ⑦ And the eyes of them were both opened, and they knew that they were naked, and they sewed fig leaves together, and made themselves aprons. ⑧ And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ✳ This is where her eyes opened however they were naked so

270 . they made them some clothes to cover up their nakedness which makes sense on why clothing is a tool people use to project a certain image in society. This is also how Figueroa became a hoe street where women walk around naked to make some money. This is also a reprentation of the police showing up on prostitution streets and the men and women hide themselves when they see or hear the police, like Adam & Eve did to God. Mind you, this passage also shows that Eve finally heard the

1   271. Lords voice; however it was after the serpent had already

2 *Insert ¶ #* talked to Eve and caused them to fall. So basically, Autumn

3 symbolizes Adam and Fall symbolizes going downward and

4 the Halloween symbolizes Hollow Eve. This is crossing of

5 words also known as twisting words which is exactly what

6 the serpent did to Eve. The crossing of words is where

7 perversion (A twisted truth) and witchcraft (word curses) were

8 birth out in the garden of Eden when Eve believed the

9

10   272. serpent then ate of the tree of good and evil. In this

11 *Insert ¶ #* season the serpent used the same tactics perversion (a twisted

12 truth) and witchcraft (word curses) however this time the tree

13 of good and evil (knowledge) was "MONEY", the perversion used as weapons

14 in this season is sexuality, identity, education, career, technology,

15 religion, family, faith, Bible, morality etc. The witchcraft used as weapons

16 are spells, lies, slander campaigns, influential peddling, obstruction

17 of justice, and Biblical scriptures used to manipulate, exploit,

18

19   273. blackmail, etc. the people. So, what happened here is

20 *Insert ¶ #* something we see everywhere in the world right now. It was

21 the enemy intentionally using such tactics against the people.

22 So that they'd fall which then helps him profit off of the

23 demise, destruction, downfall, and/or death so that he can

24 advance his kingdom. Another name that goes with

25 Autumn/Fall is the words "Harvest Season" which is considered

26 the gathering of the fruit of ones labor. That means the enemy

27 has used the words Autumn, Fall, Halloween (Hollow Eve), and

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

274. Harvest Season to indirectly mock Adams fall behind
Eve listening to the serpent which caused their disobedience to
God to cause them to produce the serpent a harvest. The
word "Hallow" means to make holy, sanctify, consecrate, to
honor as holy, consider sacred; venerate, to hallow a battlefield.
The etymology of the word "ween" is the slang word
for penis. Venerate means to regard with great respect,
revere. Eve is defined as: ① the evening, or the day before a

275. special day ② Mother of all living (Genesis 3:20). * In
the Western christian practice, the liturgical (customary public
ritual of worship) celebration begins with its first vespers (evening
prayer) in Catholic Latin/Eastern rites, Eastern Orthodox, Oriental Orthodox,
and Lutheran liturgies) on the evening of 31 October, All Hallows
Eve (All Saints Eve) and ends at the compline (night prayer) of
1 November. This is the day before All Souls Day (the commemoration
of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a
"Allhallowtide"
3 day religious observation called a triduum). Allhallowtide is a "time"
to remember the dead, including martyrs, saints, and faithful
christians. Hallowsday (All saints day) and thus of its vigil (Halloween)
was established for Rome perhaps by Pope Gregory III (731-741)
and was made of obligation throughout the Frankish Empire
by Louis Pious in 835. In the 11th century All Souls Day was
popularized, after Abbot Odilo established it is a day for the monks
of Cluny and associated monasteries to pray for the dead. * When

92
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  271. I see "Allhallowtide" being called a triduum to me
   *Insert ¶ #*
2  it symbolizes a "false Trinity"; in fact it doesn't symbolize
3  anything because it is a "false trinity" when it comes to
4  Christianity and I have many reasons for renouncing
5  this as a part of Christianity. The first reason is since
6  the Church was "built" off of Jesus then the only Trinity is
7  The Father, The Son, and The Holy Ghost. The second reason is
8  Luke 20:38 - For he is not a God of the dead, but of the living;
9
10 278. for all live unto him. Matthew 8:21-22 And another of
   *Insert ¶ #*
11 his disciples said unto him, Lord, suffer me first to go and
12 bury my father. (22) But Jesus said unto him, Follow me;
13 and let the dead bury their dead. Numbers 6:11 - And the priest
14 shall offer the one for a sin offering, and the other for a
15 burnt offering, and make an atonement for him, For that
16 he sinned by the dead, and shall hallow his head that same
17 day. Numbers 6:48 - And he stood between the dead and the
18
19 279. living, and the plague stayed. Numbers 19:11 - He that toucheth
   *Insert ¶ #*
20
21 the dead body of any man shall be unclean seven days.
22 Numbers 19:16 - And whosoever toucheth one that is slain with
23 a sword in the open fields, or a dead body, or a bone of a man, or
24 a grave, shall be unclean seven days. Finally, 3rd reason, is because
25 God says let the dead bury the dead; so ritualism
26 and days of religious prayers for the dead are all
27 done in vain; they go against the words of Christ which
28 means they symbolize The Anti Christ! To conclude this

← Numbers 6:11
Shows Hallow the
dead in the
same verse

Civil Rights Complaint Pursuant to U.S.C. § 1983

280. topic using a steganography for the words Autumn, Fall, Halloween (HallowEve) and Harvest Season I will decode a perverted meaning hiding in plain sight. HallowEve = Holy Mother of all living + Halloween = sanctify the penis + Autumn = of Adams + Fall = Falling nature + Harvest Season (put it all together) Holy mother of all living sanctify the penis of Adam's falling nature; Holy mother of all living sanctify the evening of November 2nd as All souls day in remembrance of the harvest season

281. of the dead (this is just what I got from looking at the words. But when I was researching Thanksgiving because its the next holiday which is still considered to some as being Autumn also known as fall; I found under Black Friday MY 2 aunts and one of their husbands plus I found the word SACS. The word SAC means Southern Association of Colleges and Schools. It's headquarters are in North Druid Hills Georgia near Decatur in the Atlanta Metropolitan area and Decatur Georgia is where my

282. partner was born. So this confirms my halloween assumption about Adam and Eve). Let me also breakdown "Allhallowtide" which is called a triduum according to Catholicism. As I said before triduum is a false trinity because its for the dead and God is a living God. "Allhallowtide" means "Hallow = consecrate" + "tide = flood" (put it all together) "Total consecrated flood" and since its pertaining to the dead it will be a "totally consecrated flood of the dead (from October 31 - Nov 2)". I cast out any spirit of infirmity that came into peoples lives through pride, rejection,

94

Page Number

233 . trauma, accidents, witchcraft in the name of Jesus Christ
*Insert ¶ #*
of Nazareth. Lord, I command all spirits of lust, perversion,
adultery, fornication, uncleanness, and immorality to come
out of our sexual character in the name of Jesus Christ of
Nazareth. I command all spirits of witchcraft, sorcery, divination,
and occultism to come out in the name of Jesus Christ of Nazareth.
I speak to all generational and hereditary spirits operating in
our lives through curses to be bound and cast out in the

234 . name of Jesus Christ of Nazareth. I command all
*Insert ¶ #*
spirits operating in my back, spine, sexual organs, skeletal
system, stomach, navel, abdomen, mind, heart, spleen, kidneys
liver, pancreas to come out in the name of Jesus Christ of
Nazareth Amen * Autumn, also known as Fall
has Thanksgiving in its season. The story of Thanksgiving
is stated to had been first celebrated on September 8, 1565
in St Augustine, Florida. It was the Native Americans and

235 . Spanish settlers that held a feast as the Holy Mass was
*Insert ¶ #*
offered. A second Thanksgiving celebration occurred on American
soil on April 30, 1598 in Texas when Don Juan de Oñate declared
a day of Thanksgiving to be commerated by the Holy Sacrifice of the
Mass. The Catholics considered Squanto, the Native American man
to be the beloved hero of Thanksgiving. Squanto mediated
between the Puritan Pilgrams and the Native Americans. He
had been enslaved by the English but was freed by Spanish Franciscans.
Squanto was a baptized Catholic Native American who

95
Page Number

286. orchestrated what became known as Thanksgiving. ✳ The Franciscans are a group of related mendicant (Roman Catholic religious orders that have adopted for their male members a lifestyle of poverty, traveling, and living in urban areas for purposes of preaching, evangelizing, and ministry to the poor.) Other mendicant orders are: Order of the Most Holy Trinity and of the Captives (The Trinitarians) the founding-intention for the order was the ransom of Christians held captives. In addition to ransoming

287. Christian captives their ministry included hospitality, care of the sick and poor, churches, education, etc. The ransom is for the Christians that are held captive by Muslims. The Order of Preachers also known as the Dominican Order was founded to preach the gospel and to oppose heresy. The order is famed for its intellectual tradition by having produced many leading theologians and philosophers. This order was also into Mysticism which refers to the conviction that all believers have the capacity to experience God's love and that this

288. love may manifest itself through brief ecstatic (religious ecstacy) (ecstacy- is also a drug, pill people use to get high and enjoy sexual pleasures) experiences, such that one may be engulfed by God and gain immediate knowledge of him, which is unknowable through the intellect alone. (No wonder ecstacy was so big in the black communities.) The Patron Saints under this order is Saint Dominic (Dominic de Guzman; born in present day Castile-Leon, Spain) He is the patron saint of astronomers and natural scientists. Saint Mary Magdalene the one who witnessed the crucifixion & burial of Jesus plus she was the first person to see

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   2891. him after the Resurrection. ~~Saint~~ Mary Magdalene is the patron

2   *Insert ¶ #* Ⓐ   saint of Apothcaries (pharmacist and chemist), Arahal, Spain (a place

3   in the path where stopping, to rest) in Arahal, Spain their are a few

4   monuments like Nta-Sra. de la Victoria Church, Vera-Cruz church

5   (founded by Knights Templar which is a Military order of the Catholic Church),

6   Nta Sra. del Rosario convent (of the Rosary convent), San Roque Church

7   (potion against diseases and healer of contagion of all kinds), Santa Maria

8   Magdalena parish-church, and finally San Antonio Hermitage (retreat).

10   290 Ⓒ Atrani, Italy (sound like a tranny, aka transexual), Ⓓ Casamicciola

11   *Insert ¶ #*   Terme (Main Sights: Church of Saint Antonio al Mortito dedicated to Saint

12   Anthony of Padua born in Lisbon Portugal, was given the title Doctor

13   of the Church. Anthony's attributes consisted of the: Franciscan

14   habit, lily (purity, innocence, and rebirth), book (a medium for recording information)

15   tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion

16   in Catholicism. *I believe this is hypocrisy because Sampson was an Israelite warrior

17   and judge who was know for his prodigious strength that came from his hair until

19   291. Delilah found out where his strength came from then she cut his hair to

20   *Insert ¶ #*   weaken him), holding the Infant Jesus, mule (a hybrid between a female horse

21   and a male donkey meaning Jackass. Anthony of Padua is the patron

22   saint of Custody of the Holy Land (the mission of the Custody of the

23   Holy Land is to guard "The grace of the Holy Places" of the Holy

24   Land and the rest of the Middle East, "sanctified by the presence

25   of Jesus" as well as pilgrims visiting them, on behalf of the Catholic

26   Church. Activities owned by the Franciscan order are: Terra Santa

27   College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  292. Custody has a communication department in charge
*Insert ¶ #*
2  of the official media in the Holy Land, which is based at
3  the Terra Sancta College in Jerusalem that has a multimedia
4  centre broadcasting news programmes in different languages,
5  an editorial office of the Christian Media Center and the
6  Terre Sainte Magazine in French.) Anthony of Padua is patron
7  saint of Miracles (my daughter who is in foster custody name), travelers, finding
8  one's spouse (saints like cupid), pregnancy (I haven't been able to conceive with my
9
10  293. partner Antoine), harvests (all my resources have been held/dried up for 6 years)
*Insert ¶ #*
11  animals, lost souls (there's many of those like never before), lost people (people been
12  disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit
13  with Covid 19 killing thousands of people), the disabled (USA is full of disabled people)
14  the oppressed (All over the world), the hungry (All over the world), the elderly (All over the
15  world), Faith in the Blessed Sacrament, sailors, fishermen (need more soul winners for Jesus)
16  watermen (paganism: Poseidon, Oceanus, Amphitrite, etc); swineherds, mail carriers (my
17  mail and other people mail has been tampered with), counter-revolutionaries, indigenous
18
19  294. peoples of the Americas, etc.) * Now back to Mary Magdalene (where
*Insert ¶ #*
20
21  I found Anthony of Padua) She is the patron saint over the rest of
22  these: Ischia (Italian Island in the Tyrrhenian Sea), contemplative
23  life (lifelong journey to God in prayer and worship), converts (religious
24  conversion), glovers (maker of gloves), hairdressers, Kawit (a province
25  of Cavite, Philippines whose sister city is Sakaegawa, Japan), Amadeo, Cavite
26  (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in
27  Philippines), perfumeries, people ridiculed for their piety (piety = virtue),
28  pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  295 . the process of treating skins and hides of animals to produce leather),
2  *Insert ¶ #*  Sexual temptation, and women. ~Saint~ Catherine Siena attributes are:
3  ring, lily, cherubim (a winged angel according to bible), crown of thorns (was
4  placed on Jesus head for his crucifix), stigmata (body wounds that appear in
5  areas corresponding to the wounds of Jesus Christ), crucifix, book, heart,
6  skull, dove, rose, miniature church, miniature ship bearing Papal
7  coat of arms (mark of beast in my eyes). St Catherine Siena is the patron
8  saint of: against fire, bodily ills, people ridiculed for their piety, nurses,
9
10  296 . Sick people, miscarriages, Europe, Italy, Diocese of Allentown,
11  *Insert ¶ #*  Pennsylvania, US; Bambang Nueva Vizcaya (in Philippines), and Samal
12  Bataan (Philippines). You have just read the 3 saints, their
13  attributes, and patronage (what/who the "protect or pray for). The 3
14  saints under the Dominican Order that you just learned about was
15  St Dominic, St Mary Magdalene, and St Catherine. *Before I go back
16  to St Francis, I will name a few more saints over certain
17  topics (1) St Cecilia attributes: flute, organ, roses, violin, harp, baritone,
18
19  297 . harpsichord, songbird, singing. St Cecilia patron of: Hyms, great
20  *Insert ¶ #*  musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del
21  Plata, Argentina (Pope Francis is from Argentina) Pipe Organs (2) Saint
22  Jesus Malverde born in Sinaloa Mexico. Jesus Malverde
23  is patron of Mexican drug cartels, drug trafficking, outlaws,
24  bandits, robbers, thieves, smugglers, people in poverty (he
25  became a saint in Sinaloa, Folk Catholicism) (3) St Maximilian
26  attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman-
27  Catholic monthly magazine), Nazi concentration prison uniform,

99

Page Number

1  298. Nazi concentration camp badge, crucifix, rosary. He is
2  Insert ¶ #
   the patron of: families, recovery from drug addiction, prisoners,
3  amateur radio operators, journalists, political prisoners, pro-
4  life movement, esperantists, militia immaculate (army of the immaculate
5  one) His face was also commemorated on a West Germany stamp in
6  1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights,
7  clowns, comedians, comics, converts, dancers, musicians, printers,
8  stenographers, epileptics, thieves & torture victims ⑤ Saint Columba

10 299. of Spain they celebrate her an September 17 annually (*this
11 Insert ¶ #
   is my partners birthdate). St Columba of Spain is the patron of
12 magic, witches, magicians, wizards, hags, Andorra, chevilly, #
13 galicia. Her shrine is at Old Castile, priory of St Columba and the
14 royal Abbey of Our Lady at Najera. ⑥. Saint John Bosco is the
15 patron of christian apprentices, editors, publishers, students, young
16 children, magicians, juvenile delinquents, Piura Peru, Brasilia
17 Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert
18

19 300. of Cologne he is the patron of those who cultivate the
20 Insert ¶ #
   natural sciences, medical technicians, philosophers, and scientists.
21 His scientific career fields were: natural science, alchemy, jurisprudence,
22 diplomacy, theology, and Natural philosophy. His main interests:
23 philosophy, physiology, mineralogy, astrology, geography, astronomy,
24 music theory, natural science, alchemy, jurisprudence, diplomacy,
25 theology, and natural philosophy. *** Returning to the
26 franciscans (explanation) they are a group of related mendicant
27 Christian religious orders within the Catholic Church. It

301. Was founded in 1209 by the Italian saint Francis
*Insert ¶ #* of Assisi, the Order of Friars Minor was for men. Their
Motto is: Peace and the good and their ministry consisted of
preaching, missionary, educational, parochial, & charitable
works. the Order of Saint Clare which is the Franciscan's
second branch was founded by Clare of Assisi and Francis
of Assisi on Palm Sunday, this order is for nuns. St.
Francis had a third order which was for people

302. of both sexes that were married but couldn't leave
*Insert ¶ #* the world or abandon their avocations, but still were part
of the Franciscan movement. He also had a Secular Franciscan
order that let men and women make a spiritual commitment
to their own Rule. however the Secular Franciscan fraternities
can not exist without the assistance of the first and
second Franciscan Order. Since Clare of Assisi is one of
the founders for the Order of Saint Clare (2nd branch of the

303. Franciscan Order) I will describe her attributes: Monstrance,
*Insert ¶ #* pyx (boxwood receptacle), lamp, habit of the Poor Clares. Saint
Clare is the patron of: eye disease, goldsmiths, laundry, television,
bicycle messengers, good weather, needleworkers, remote,
viewing, extrasensory perception, Santa Clara, California,
Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines.
Saint Francis attributes were: Franciscan habit, birds, animals,
stigmata, crucifix, book, and a skull. Saint Francis of
Assisi was patron of: Franciscan Order, poor people, ecology,

Civil Rights Complaint Pursuant to U.S.C. § 1983